### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,            )<br>                                               )<br>     Plaintiff,                            )<br>                                               )<br>     v.                                     )<br>                                               )<br>DEPARTMENT OF HOMELAND     )<br>SECURITY,                              )<br>                                               )<br>     Defendant.                         )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for a 30-day extension of time from September 13, 2006, to October 13, 2006, to respond to Dr. Neal D. Barnard's Complaint. Pursuant to Local Rule 7(m), counsel for the parties conferred and Dr. Barnard's counsel consented to this Motion. The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for an Extension of Time. Dr. Barnard filed this Freedom of Information Act (FOIA) action seeking certain documents from Defendant that relate to him. Complaint ("Compl. ) at ¶ 4. During the telephone conference on this Motion, Dr. Barnard's counsel indicated that there are new developments in this case that would require him to amend the complaint.

At present, Defendant is in the process of reviewing the merit of Dr. Barnard's current complaint. The additional time is needed to complete that process and to prepare an appropriate response to Dr. Barnard's complaint. However, in light of the fact that Dr. Barnard will amend his complaint, it would advance judicial economy and conserve the parties' resources for the

Court to grant this Motion so that Defendant could just respond to the amended complaint.

For these reasons, the Court should grant Defendant's consent motion for a 30-day extension of time to respond to Dr. Barnard's complaint.

Dated: September 12, 2006.                    Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including October 13, 2006 to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff