# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,           )<br>                                                          )<br>     Plaintiff,                              )<br>                                                          )<br>     v.                                         )<br>                                                          )<br>DEPARTMENT OF HOMELAND     )<br>SECURITY,                                 )<br>                                                          )<br>     Defendant.                          )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for a 30-day extension of time from October 27, 2006, to November 27, 2006, to respond to Dr. Neal D. Barnard's Amended Complaint.  Pursuant to Local Rule 7(m), counsel for the parties conferred and Dr. Barnard's counsel consented to this Motion.  The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for an Extension of Time.  Dr. Barnard filed this Freedom of Information Act (FOIA) action seeking certain documents from Defendant that relate to him.  While Defendant was in the process of reviewing the merit of Dr. Barnard's *initial* complaint, on October 10, 2006, he filed an Amended Complaint.  See Dkt. No. 6. Pursuant to the interplay of  Fed. R. Civ. P. 6(e) and 15(a), Defendant has until October 27, 2006, to respond to the Amended Complaint.

Defendant needs the additional time to evaluate the merit of Mr. Barnard's Amended Complaint and to prepare an appropriate response to Dr. Barnard's Amended Complaint. Moreover, Dr. Barnard's counsel has reached out to the undersigned in an attempt to resolve this

case informally without further litigation.

For these reasons, the Court should grant Defendant's consent motion for a 30-day extension of time to respond to Dr. Barnard's Amended Complaint.


Dated: October 25, 2006.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

## ORDER GRANTING DEFENDANT'S
## CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 27, 2006, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff