UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEAL D. BARNARD, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-1393 (CKK) |
| | ) | ECF |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for a 30-day extension of time from November 27, 2006, to January 9, 2007, to respond to Dr. Neal D. Barnard's Amended Complaint. Pursuant to Local Rule 7(m), counsel for the parties conferred and Dr. Barnard's counsel consented to this Motion. The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for an Extension of Time. Dr. Barnard filed this Freedom of Information Act (FOIA) action seeking certain documents from Defendant that relate to him. Defendant is still in the process of evaluating the merit of Mr. Barnard's Amended Complaint to prepare an appropriate response to Dr. Barnard's Amended Complaint. In the meantime, Dr. Barnard's counsel, agency counsel and the undersigned had a meaningful conference call on November 20, 2006, during which Dr. Barnard's counsel discussed ways to resolve this case informally without further litigation. Defendant owes him a response on the issues raised during that conference call. Given the Thanksgiving holidays, Defendant may not be able to have a response by November 27, 2006, the deadline for Defendant to file its response

to the Amended Complaint.  Normally, Defendant would only ask for a 30-day extension of time to respond to the Amended Complaint – if the parties could not resolve this case informally.  However, the undersigned is scheduled to be on leave from December 20, 2006, through January 2, 2006.  Therefore, an extended deadline is needed.

For these reasons, the Court should grant Defendant's consent motion an extension of time to respond to Dr. Barnard's Amended Complaint.


Dated: November 22, 2006.         Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>    Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**ORDER GRANTING DEFENDANT'S**
**CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 9, 2007, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff