UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEAL D. BARNARD, M.D., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 06-CV-1393 (CKK) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE A
SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Neal D. Barnard, M.D., respectfully moves for leave to file a Second Amended Complaint for Injunctive Relief. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel consented to this Motion. The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for Leave to File a Second Amended Complaint for Injunctive Relief. On August 7, 2006, Dr. Barnard filed this Freedom of Information Act ("FOIA") and Privacy Action seeking certain documents from Defendant that relate to him. At the time of filing of the original complaint, Dr. Barnard had not received a timely response from Defendant regarding his request for records. Shortly thereafter, Dr. Barnard received a response letter from Defendant stating that it possessed no records responsive to his request.

On August 10, 2006, Dr. Barnard appealed Defendant's response at the administrative level and informed Defendant that he had filed suit in this Court and would amend the complaint accordingly if Defendant denied the administrative appeal. After the statutory response time expired without a determination from Defendant, Dr. Barnard filed his First Amended Complaint

for Injunctive Relief on October 10, 2006, amending his complaint to include claims alleging Defendant's failure to perform an adequate search for records and Defendant's failure to respond to his appeal in a timely fashion.

On November 16, 2006, Defendant provided a "supplemental response" to Dr. Barnard in which it advised that it had re-examined his request and determined that any responsive records were exempt from disclosure in their entirety. On November 30, 2006, Dr. Barnard appealed this supplemental response at the administrative level and advised Defendant that he would amend his complaint accordingly if Defendant denied the administrative appeal. The statutory response time for a determination of this appeal has expired.

Dr. Barnard now seeks to file the attached Second Amended Complaint for Injunctive Relief in which he includes a claim arising out of Defendant's recent denial of his request as exempt from disclosure. It would advance judicial economy and conserve the parties' resources for the Court to grant this Motion such that Dr. Barnard's complaint may properly reflect the current status of the administrative record.

For these reasons, the Court should grant Plaintiff's Consent Motion for Leave to File a Second Amended Complaint for Injunctive Relief.

                                                Respectfully submitted,

                                                /s/ Daniel Kinburn

                                                Daniel Kinburn
                                                PHYSICIANS COMMITTEE FOR
                                                 RESPONSIBLE MEDICINE
                                                5100 Wisconsin Avenue, N.W., Suite 400
                                                Washington, D.C. 20016
                                                Attorney for Plaintiff
                                                (202) 686-2210 ext. 308
                                                (202) 686-2155 (fax)

Dated: January 5, 2007