UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 06-CV-1393 (CKK) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**

Upon consideration of Plaintiff's Consent Motion for Leave to File a Second Amended Complaint for Injunctive Relief and the entire record herein, it is this _____ day of January 2007,

ORDERED that Plaintiff's Consent Motion for Leave to File a Second Amended Complaint for Injunctive Relief be and is hereby GRANTED.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge