# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for a 30-day extension of time to respond to Plaintiff's operative complaint after the Court rules on Plaintiff's Consent Motion for Leave to File a Second Amended Complaint. Pursuant to Local Rule 7(m), counsel for the parties conferred and Dr. Barnard's counsel consented to this Motion. The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for an Extension of Time. Plaintiff filed this Freedom of Information Act (FOIA) action seeking certain documents from Defendant that relate to him. The response to Plaintiff's First Amended Complaint is due today; however, on Friday January 5, 2007, Defendant consented to Plaintiff's motion to seek leave of Court to file a Second Amended Complaint. See Dkt. No. 9. To date, the Court has neither ruled on the motion for leave nor ordered the Second Amended Complaint to be filed. Therefore, it would conserve the parties' resources and advance judicial economy for Defendant to respond to Plaintiff's most

current operative complaint after the Court rules on the motion for leave.[1]

For these reasons, the Court should grant Defendant's consent motion an extension of time to respond to Plaintiff's Complaint.

Dated: January 9, 2007.                    Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

---

[1] If the Court denies Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendant will respond to Plaintiff's First Amended Complaint (the operative complaint) within 30 days after the Court's ruling.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to 30 days to respond to Plaintiff's operative complaint after the Court rules on Plaintiff's Motion for Leave to File a Second Amended Complaint.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff