UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for a twelve- day extension of time to respond to Plaintiff's Second Amended Complaint. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion. The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for an Extension of Time. Defendant fully intended to respond to Plaintiff's Second Amended Complaint by the due date – February 8, 2007; however, because of other pressing litigation matters, the undersigned was not able to complete preparing the response in time for client and supervisory review prior to filing it with the Court. Specifically, in the last week the undersigned had to file an opposition to a motion to compel, a response to a class action complaint, an answer in a Title VII matter, and an opposition brief in the D.C. Circuit. In addition, the undersigned participated in a mediation session in another case that lasted longer than anticipated. In the past two days, the undersigned had to file a motion for reconsideration and had meetings outside of the office that lasted longer than anticipated. For the week of February 12th, the undersigned is responsible for producing

documents under a court order compelling such a production.

For these reasons, the Court should grant Defendant's consent motion for an extension of time to respond to Plaintiff's Second Amended Complaint.

Dated: February 7, 2007.                           Respectfully Submitted,


                                                   /s/   Jeffrey A. Taylor
                                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                   United States Attorney


                                                   /s/   Rudolph Contreras
                                                   RUDOLPH CONTRERAS, D.C. BAR #434122
                                                   Assistant United States Attorney

                                                   /s/   John C. Truong
                                                   JOHN C. TRUONG, D.C. BAR #465901
                                                   Assistant United States Attorney
                                                   555 Fourth Street, N.W.
                                                   Washington, D.C.  20530
                                                   (202) 307-0406

                                                   Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,         ) | |
|                                 ) | |
|    Plaintiff,              ) | |
|                                 ) | |
|    v.                       ) | Civ. No.: 06-1393 (CKK) |
|                                 ) | ECF |
| DEPARTMENT OF HOMELAND    ) | |
| SECURITY,                    ) | |
|                                 ) | |
|    Defendant.              ) | |
| _____) | |

**ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 20, 2007, to respond to Plaintiff's Second Amended Complaint.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff