**Neal D. Barnard, MD**
**5500 Friendship Blvd., Apt. 1112-N**
**Chevy Chase, MD 20815**
**Tel: 202-686-2210 (w)**
**Fax: 202-686-2216**



July 20, 2005

Privacy Act/Freedom of Information Act Request
Bureau of Customs and Border Protection
Office of Field Operations, Customer Satisfaction Unit
1300 Pennsylvania Avenue, NW, Suite 5.5 C
Washington, D.C. 20229

**PRIVACY ACT/FOI ACT REQUEST**

Dear FOI/PA Officer:

Pursuant to both the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, I request access to and copies of all records about me that are in IBIS or any other system used by the Bureau of Customs and Border Protection at any and all ports of entry to the United States.

To assist with your search for these records, I am providing the following additional information about myself:

Full Name: Neal Dana Barnard
Social Security Number: 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
Date and Place of Birth: Ft. Devens, Massachusetts; July 10, 1953

Since January 2003, I have been repeatedly stopped and questioned by Customs Officers at U.S. Customs in the Toronto, Canada airport and at Dulles International Airport in Washington D.C. After a Customs Officer scans my passport, I am sent for further security checks where I am questioned and my bags searched. I am detained until an official can "green-light" my exit.

I agree to pay reasonable duplication fees for the processing of this request in an amount not to exceed $25. If the estimated fees will be greater than that amount, please contact me by telephone before such expenses are incurred.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions in either act. If you determine that any portions of these documents are exempt under either of these statutes, I will expect you to release the non-exempt portions to me, as the law requires. I reserve the right to appeal your decision to withhold information.



GOVERNMENT EXHIBIT
1

If you have any questions regarding this request, please contact me by telephone. Thank you for your assistance. I will look forward to receiving your reply within 20 business days, as the statute requires.

Sincerely,

Neal D. Barnard, M.D.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 26 day of July, 2005

Ronald S. Little, Notary Public, D.C.
My commission expires May 31, 2009



U.S. Department of Homeland Security
Washington, DC 20229

**U.S. Customs and Border Protection**

DIS-6-OFO:FP  RR
2005T2952

August 15, 2005

Neal D. Barnard
5500 Friendship Blvd., Apt. 1112-N
Chevy Chase, MD 20815

Dear Mr. Barnard:

Thank you for your letter concerning the difficulties you are experiencing when processing through U.S. Customs and Border Protection (CBP). Please allow me to address your concerns.

Please be assured that it is not the intent of CBP to subject travelers to unwarranted scrutiny. Each traveler is entitled to the utmost courtesy and professionalism that can be offered within the limits of our enforcement responsibilities. Regrettably, our efforts can occasionally cause inconvenience.

After careful review of our records, we have determined that the records to which you are referring are owned and maintained by Immigration and Customs Enforcement, 425 I Street, NW, Chester Arthur Building, Room 4038, Washington, DC 20536. In order for any changes to be made to this record you would need to contact their office. We are not able to amend the records at this time, as it can only be done by the originating agency.

We regret any inconvenience you have experienced during CBP processing. We hope your future encounters with CBP will be of a more pleasant nature.

If you have any questions or need additional information regarding this matter, please contact me or a member of my staff at (202) 344-1850.

Sincerely,

*Dorothy Fuller*
*for*
Kathleen Dailey McKevitt
Acting Director, Field Programs
Office of Field Operations

GOVERNMENT EXHIBIT
2