DHS GENERAL COUNSEL
WASHINGTON, D.C.

**PCRM**

| P H Y S I C I A N S | 2006 MAY 23 PM 2: 52 |
| C   O   M   M   I   T   T   E   E | 5100 WISCONSIN AVENUE, N.W., SUITE 400 |
| F       O       R | WASHINGTON, DC 20016 |
| R E S P O N S I B L E | T: (202) 686-2210  F: (202) 686-2216 |
| M   E   D   I   C   I   N   E | PCRM@PCRM.ORG   WWW.PCRM.ORG |

**DANIEL KINBURN**
**Associate General Counsel**
**Writer's Direct Number: (202) 686-2210 ext. 308**
**Writer's Direct Fax: (202) 686-2155**
**Writer's E-Mail: DKinburn@pcrm.org**

May 16, 2006

BY REGULAR MAIL

Associate General Counsel (General Law)
Department of Homeland Security
Washington, DC 20528

     Re:    Freedom of Information Act / Privacy Act Appeal for # 06-FOIA-22113 TBD

Dear Associate General Counsel:

This letter constitutes an appeal under the Freedom of Information Act, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, and implementing regulations, 6 C.F.R. §§ 5.9, 5.25, of the denial, through inaction, by U.S. Immigrations and Customs Enforcement ("ICE") of Neal D. Barnard's March 21, 2006, FOIA and Privacy Act request:

| | |
|---|---|
| Name: | Neal Dana Barnard, M.D. |
| Current Address: | 5500 Friendship Blvd, Apt. 1112-N |
| | Chevy Chase, MD 20815 |
| Daytime Telephone: | (202) 686-2210, ext. 303 |
| Date of Birth: | July 10, 1953 |
| Place of Birth: | Ft. Devens, MA |

Dr. Barnard verifies his identity in accordance with 28 U.S.C. § 1746 and 5 C.F.R. §§ 5.3(a), 5.21(d).

The Freedom of Information Act ("FOIA") provides that each agency shall "determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination." 5 U.S.C. § 552(a)(6)(A)(i). Similarly, Privacy Act regulations require that "[o]n receipt of a request, a component ordinarily shall send an acknowledgement letter to the requester." 6 C.F.R. § 5.23(a). An agency may extend FOIA's statutory time limit by providing written notice of an extension to the person making the request. 5 U.S.C. § 552(a)(6)(B); 6 C.F.R. § 5.5(c)(1).

GOVERNMENT
EXHIBIT

5

CARDELS 800-783-4399

Associate General Co        ral Law)
May 16, 2006
Page 2


ICE acknowledged receipt of Dr. Barnard's request on May 1, 2006, more than 20 working days after receiving his March 21, 2006, request. Dr. Barnard did not, however, receive written notice from ICE of an extension of the statutory time limit. Further, on May 5, 2006, Gerald Crowley of ICE stated that ICE may not be able to assign Dr. Barnard's request, which is currently flagged "TBD," to an ICE official for processing for several months. Mr. Crowley further stated that, upon assignment, ICE may require an additional undetermined number of months to process the request.

FOIA provides that "[a]ny person making a request to any agency for records . . . shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions of this paragraph." 5 U.S.C. § 552(a)(6)(C)(i). ICE's failure to timely acknowledge Dr. Barnard's request, inability to respond to the request at any time in the near future, and unwillingness to commit to a definite response date constitutes denial through inaction.

For the foregoing reasons, Dr. Barnard appeals ICE's denial, through inaction, of his FOIA and Privacy Act request. As provided in 5 U.S.C. § 552(a)(6)(C)(ii), Dr. Barnard awaits a reply of this administrative appeal within 20 working days. If this appeal is denied without adequate explanation, Dr. Barnard will initiate a lawsuit to compel disclosure.

If you have any questions or comments, please call.

Very truly yours,

Daniel Kinburn


I hereby authorize Daniel Kinburn access to my records. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2006.

Neal D. Barnard, M.D.


DK/mk
Enclosures



Privacy Office
U.S. Department of Homeland Security
Arlington, VA 22202

# Homeland Security

June 28, 2006

Daniel Kinburn, Esq.
Associate General Counsel
Physicians Committee for Responsible Medicine
5100 Wisconsin Avenue, NW, Suite 400
Washington, D.C. 20016

Dear Mr. Kinburn:

You appealed from the failure of United States Immigration and Customs Enforcement
(ICE) to respond to the Freedom of Information Act Request of Neal Dana Barnard,
M.D., the President of your organization. Your appeal has been assigned the following
number for control purposes: **DHS APP 06-115.**

By copy of this letter, I am informing ICE FOIA personnel of your appeal. The delay
you have encountered is largely a result of resource constraints, which ICE is working
very hard to correct. Until ICE responds to your initial request, however, my office
cannot take further action on your appeal as we do not have the staff resources ourselves
to conduct initial record reviews for DHS components.

I note that Dr. Barnard was delayed by Customs and Border Protection (CBP) personnel
during his travels and that allegedly he is on the "No-Fly" list. If you have not done so
already, you may wish to submit a FOIA request to CBP and to the Transportation
Security Administration (TSA), which administers the watchlists for airline travel
purposes. Additionally, TSA has a process for individuals who believe they have
erroneously been selected for secondary screening or have otherwise been detained at
airports. Details can be found at
http://www.tsa.gov/public/display?theme=157&content=09000519800fb8af.

If you are dissatisfied with my action on your appeal, you may pursue further recourse
consistent with 5 U.S.C. 552(a)(4)(B). In deciding whether to institute a civil action,



GOVERNMENT
EXHIBIT
6

2

however, I hope you will give sympathetic consideration to the efforts of ICE to handle the many requests it has received in a timely manner given its resource constraints.

Sincerely,


Maureen Cooney
Acting Chief Privacy Officer
Chief Freedom of Information Act Officer

cc: Gloria Marshall
Chief, Information Disclosure