*Office of Investigations*
**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

DIS 2-01 OI:MS:ID
06-FOIA-22113 AAA
AUG 5 2006   X04-FOIA-15780 AAA

Mr. Daniel Kinburn
5100 Wisconsin Avenue, N.W.
Washington, DC 20016

Dear Mr. Kinburn:

This is in further response to your request dated March 21, 2006 and Mr. Barnard's requests dated August 8, 2003 and July 20, 2005, wherein you and Mr. Barnard, requested pursuant to the Freedom of Information Act (FOIA), access to records pertaining to Mr. Neal D. Barnard, himself.

With respect to your FOIA submission, please be advised that we have no records responsive to your request.

First let us apologize for any inconvenience or unpleasantness you may have experienced. On behalf of the Department of Homeland Security (DHS), let me assure you that it is not our intent to subject the traveling public to unwarranted scrutiny. The traveling public is entitled to, and is accorded, the utmost courtesy and facilitation we can offer within the limits of our enforcement responsibilities. Regrettably, our efforts cannot always be as you might hope.

Please understand that in order to detect those international travelers involved in illicit activities we must, at times, unfortunately, inconvenience law abiding travelers. We are especially aware of how those selected for inspection may perceive the inspection process as upsetting, uncomfortable, inconvenient, and stressful. That is why on a nation-wide basis we emphasize to our officers the need to perform their duties with the highest level of courtesy and professionalism.

While no one can guarantee complete freedom from intensive inspections, whether they are random or specific, we can strive for a better understanding of our mutual needs. DHS must rely upon the professional judgment of individual inspection officers to determine the extent of examination necessary and to do their best to differentiate between travelers who are of interest to DHS, and those who are not.

GOVERNMENT EXHIBIT 7

Mr. Daniel Kinburn
Page 2

If you are dissatisfied with our response, you may challenge the adequacy of our search. Therefore, you may appeal this determination, in writing, within 35 days after the date of this notification to the Privacy Office, Attn: FOIA Appeals, Department of Homeland Security, 245 Murray Lane, SW, Building 410, Washington, D.C. 20528.

Also, enclosed is an information sheet pertaining to exemptions from disclosure under the FOIA, and your right to administrative appeal and judicial review.

Sincerely,

Gloria L. Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations

Enclosure



**PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE**

5100 WISCONSIN AVENUE, N.W. SUITE 400
WASHINGTON, DC 20016
T: (202) 686-2210 F: (202) 686-2216
PCRM@PCRM.ORG  WWW.PCRM.ORG

**DANIEL KINBURN**
Associate General Counsel
Writer's Direct Number: (202) 686-2210 ext. 308
Writer's Direct Fax: (202) 686-2155
Writer's E-Mail: DKinburn@pcrm.org



RECEIVED 06-15 ? AUG ? 1 2??? PRIVACY OFFICE

August 10, 2006

BY REGULAR MAIL

Privacy Office
Attn: FOIA Appeals
Department of Homeland Security
245 Murray Lane, SW, Building 410
Washington, DC 20528

    Re: <u>Freedom of Information Act / Privacy Act Appeal for # 06-FOIA-22113 AAA</u>

Dear Privacy Office:

    This letter constitutes an appeal under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, and implementing regulations, 6 C.F.R. §§ 5.9, 5.25, of the inadequacy of the search conducted by U.S. Immigrations and Customs Enforcement ("ICE") in response to Neal D. Barnard's FOIA and Privacy Act request of March 21, 2006.

    Name:              Neal Dana Barnard, M.D.
    Current Address:  5500 Friendship Blvd, Apt. 1112-N
                           Chevy Chase, MD 20815
    Daytime Telephone:  (202) 686-2210, ext. 303
    Date of Birth:        July 10, 1953
    Place of Birth:       Ft. Devens, MA

Dr. Barnard verifies his identity in accordance with 28 U.S.C. § 1746 and 5 C.F.R. §§ 5.3(a), 5.21(d).

    FOIA and the Privacy Act require an agency to make reasonable efforts to comply with an individual's request for records. FOIA provides that "each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person," 5 U.S.C. § 552(a)(3)(A), unless certain exemptions apply, *id.* § 552(b). Similarly, in the absence of applicable exemptions, the Privacy



GOVERNMENT EXHIBIT 8

Privacy Office
August 10, 2006
Page 2

Act mandates that each agency shall "upon request by any individual to gain access to his record or to any information pertaining to him which is contained in the system, permit him ... to review the record and have a copy made of all or any portion thereof in a form comprehensible to him." *Id.* § 552a(d).

ICE has failed to perform an adequate search for the records requested by Dr. Barnard. That request, a copy of which is attached hereto, set forth a detailed account of twelve instances in less than three years in which Dr. Barnard was detained for questioning by U.S. Customs officers during international travel. Without citing any exemptions for withholding records, ICE mere asserted, in its letter of August 5, 2006, that it has "no records responsive" to Dr. Barnard's request. ICE also stated "that it is not [ICE's] intent to subject the traveling public to unwarranted scrutiny." Therefore, one must conclude that 1) ICE consistently targets Dr. Barnard for detention and questioning for absolutely no reason; or 2) ICE has not adequately searched for the records Dr. Barnard has requested.

Given the unlikelihood of ICE taking the former position, Dr. Barnard hereby appeals the inadequacy of ICE's response to his request. As provided in 5 U.S.C. § 552(a)(6)(C)(ii), Dr. Barnard awaits a reply of this administrative appeal within 20 working days. Please be aware that on August 7, 2006, Dr. Barnard filed a FOIA/Privacy Act lawsuit in the United States District Court for the District of Columbia against the Department of Homeland Security for ICE's failure to timely respond to his request. A copy of the complaint, which was served via certified or registered mail on August 9, 2006, is enclosed for your reference. If this appeal is denied, Dr. Barnard will amend that complaint accordingly.

If you have any questions or comments, please call.

Very truly yours,

Daniel Kinburn

I hereby authorize Daniel Kinburn access to my records. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2006.

Neal D. Barnard, M.D.

DK/mk
Enclosures