UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-CV-1393 (CKK) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves for a ten-day extension of time to respond to Defendant's Motion for Summary Judgment. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel consented to this Motion. The Court has not entered a scheduling order in this case.

There is good cause to grant this Motion for an Extension of Time. Plaintiff fully intended to respond to Defendant's Motion for Summary Judgment by the due date, March 5, 2007; however, because of other pressing matters, the undersigned is not able to complete the response in time for client review prior to filing it with the Court. Specifically, the undersigned is scheduled to file an appeal in the Second Circuit and attend multiple legal conferences.

For these reasons, the Court should grant Plaintiff's consent motion for an extension of time to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Daniel Kinburn

_____
Daniel Kinburn
PHYSICIANS COMMITTEE FOR

    RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W., Suite 400
Washington, D.C. 20016
Attorney for Plaintiff
(202) 686-2210 ext. 308
(202) 686-2155 (fax)

Dated: February 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Case No.: 06-CV-1393 (CKK) |

**ORDER GRANTING PLAINTIFF'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Plaintiff's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have up to and including March 15, 2007, to respond to Defendant's Motion for Summary Judgment.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
Daniel Kinburn, Counsel for Plaintiff
John C. Truong, Counsel for Defendant