UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Case No.: 06-CV-1393 (CKK) |

**ORDER**

Upon consideration of Plaintiff's motion for summary judgment, Defendant's motion for summary judgment, and the entire record in this case, it is this ___ day of _____ 2007,

ORDERED that Plaintiff's motion for summary judgment is granted; and it is further

ORDERED that Defendant's motion for summary judgment is denied; and it is further

ORDERED that Defendant shall timely provide Plaintiff with all records responsive to his records request within ten days.

IT IS SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

Dated: _____