# Exhibit 10

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 29, 2006

MR DANIEL KINBURN
ASSOCIATE GENERAL COUNSEL
SUITE 400
5100 WISCONSIN AVENUE, NW
WASHINGTON, DC 20016

Subject: BARNARD, NEAL DANA

FOIPA No. 1045118- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

32 **page(s)** were reviewed and 27 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosures (2)

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you're the greatest degree of access authorized by both laws.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;   .

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,  or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the  person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

**FEDERAL BUREAU OF INVESTIGATION**
**FOIPA**
**DELETED PAGE INFORMATION SHEET**

Serial Description ~ COVER SHEET          05/01/2000

Total Deleted Page(s) ~ 5
Page 4 ~  b2, b6, b7C, b7D
Page 5 ~  b2, b6, b7C, b7D
Page 6 ~  b6, b7C, b7D
Page 7 ~  b6, b7C, b7D
Page 8 ~  b2, b6, b7C, b7D

```
XXXXXXXXXXXXXXXXXXXXXXX
X     Deleted Page(s)     X
X No Duplication Fee      X
X      for this Page      X
XXXXXXXXXXXXXXXXXXXXXXX
```

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

(Rev 10-01-1999)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 05/01/2000

**To:** Counterterrorism          **Attn:** Unit Chief [          ] DTOU
                                            SSA [          ] DTOU
                                            IOS [          ] DTOU

        Portland                          SA [          ]
                                          IRS [          ]

        Washington Field                  SSA [          ]
                                          SA [          ]
                                          IRS [          ]

**From:** Investigative Services
        IAAB/Domestic Issues Unit II/Room 11741
        **Contact:** IRS [                    ]
                     IRS [                    ]

**Approved By:** [                    ]
                [                    ]

**Drafted By:** [          ] jeq

**Case ID #:** 66F-HQ-A1313375-O    (Pending)

**Title:** ANIMAL RIGHTS 2000 NATIONAL CONFERENCE
        JULY 1-5, 2000, WASHINGTON, DC

**Synopsis:** To provide recipients with information on various
individuals listed as speakers at above-captioned conference.

**Reference:** 66F-HQ-A1308978-CTD Serial 9
             66F-HQ-A1308978-ANIMAL Serial 3

**Enclosure(s):** Copy of the above-referenced speakers list for
the Animal Rights 2000 National Conference.

**Details:** On 04/21/2000, recipients were provided with an
advisory communication outlining the Animal Rights 2000
National Conference, scheduled to be held in Washington, DC,
July 1-5, 2000. The referenced communication provided
recipients with brief background on the conference and
identified several scheduled speakers as being well-known
animal rights activists who are referenced in various FBI

b6
b7C



266A-WF-C-217262

SEARCHED _____ INDEFEL
SERIALIZED _____ FILEI

MAY 8

b6
b7C

To:  Portland F... Investigative Services
Re:  66F-HQ-A1313375-O, 05/01/2000

investigations, including FBI Portland's investigation of the
Animal Liberation Front (ALF).

     At this time, there is no specific intelligence to
suggest that any participants in this upcoming conference are
planning to engage in criminal activity.  However, given that
some of the speakers have been previously linked, through FBI
investigations, to extreme organizations such as the ALF, it
is logical to assume that militant activists will be among the
attendees at this conference.  In addition, publicly available
information obtained from the web sites of the Foundation for
Biomedical Research (FBR) (www.fbresearch.org.) and Americans
for Medical Progress (www.amprogress.org/ab-amp.htm),
indicates that several animal rights activists were arrested
at a similar conference in Crystal City, Virginia in July
1997.  According to literature obtained from FBR's web site,
"at least 16 out of 100 activists were arrested outside a
McDonald's after harassing the restaurant patrons and
employees.  This incident took place during the 1997 Animal
Rights Conference."  Likewise, during the 1999 Primate Freedom
Tour, various militant animal rights activists planned and
conducted criminal activities to accompany lawful protests.
Given this historical precedent, DIU II considers ALF-related
criminal activity during the upcoming conference to be a
distinct possibility.

     A prompt and limited checking of initial leads has
been performed by DIU II regarding various scheduled speakers.
Many of the speakers are referenced in FBI investigations of
animal rights terrorist activity.  A review of Automated Case
Support (ACS), utilizing free-text searches, revealed the
following information which may be of interest to recipients.
It should be noted that the list of speakers did not contain
any identifying information on any of the individuals;
however, based upon their listed group affiliations and given
the subject matter of the upcoming conference, it is quite
likely that the individuals on the speakers list are identical
to the following references to individuals of the same name.

1) <u>Dr. Neal Barnard</u>
Barnard is referenced
                                         No further
details are provided.  Barnard works at Physicians Committee
for Responsible Medicine (PCRM), Washington, DC
subject of

b2
b6
b7C
b7D

2

```
To:  Portland  From:  Investigative Services
Re:  66F-HQ-A1313375-O, 05/01/2000
```

LEAD(s):

Set Lead 1:

> PORTLAND

>> AT PORTLAND

>> For information.  Read and clear.

Set Lead 2:

> WASHINGTON FIELD

>> AT WASHINGTON, D.C.

>> For information and any logical investigation, as necessary.

Set Lead 3:

> COUNTERTERRORISM

>> AT WASHINGTON, DC

>> For information.  Read and clear.

```
CC:  1 - ┌──────────────┐
     1 - │              │
     1 - │              │
     1 - │              │
     1 - │              │          b6
     1 - │              │          b7C
     1 - │              │
     1 - │              │
     1 - └──────────────┘
```

◇◇

8

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

Program (Animal Rights 2000 National Conference)                                    Page 1 of 4





## PROGRAM

Animal Rights 2000 is a forum for sharing knowledge, motivation, and contacts for the purpose of ending all forms of animal exploitation. No viewpoint or faction that subscribes to this purpose will be excluded. No attack on any organization or individual that subscribes to this purpose will be tolerated.

Animal Rights 2000 is our movement's first and only national opportunity to rally **since 1997**. We are determined to make the most of it, to learn, to network, and to have fun, and our program will reflect this determination.

## Program

The four-day program will feature nearly one hundred speakers, representing every faction of our movement. There will be four plenary sessions, 75 workshops, 30 campaign reports, and 15 'rap' sessions. Other functions will include exhibits, videos, newcomer orientation, regional meetings, employment clearinghouse, group workouts, social receptions, DC dinner/tour, and lobbying.

The evening **plenaries** will address strategies in the new millennium, progress and prospects, animals and the law, animals and politics, Year of Humane Child, and Animal Rights Hall of Fame.

The **workshops** will run along three tracks: problems & issues, organizing & outreach, and solutions & campaigns. The concurrent **'rap' sessions** will involve participants in heated debates.

Some 75 **exhibits** of movement merchandise, display materials, and literature will be open each day between 9am – 6pm. Movement **videos** will be shown concurrently.

**Newcomer orientation** will be for folks attending their first conference. **Regional meetings** will provide a networking opportunity for activists from each region of the US.

**Group workouts** will get us going each day. Evening **receptions**



Program (Animal Rights 2000 National Conference)                                    Page 2 of 4

scheduled for Monday night and a **dinner/tour** of Independence Day celebrations for Tuesday night. Wednesday is Congressional **Lobby Day.**



T

Speakers

- Sara Amundson (Doris Day Animal League)
- Richard Avanzino (Maddie's Fund)
- Jonathan Balcombe (HSUS)
- Matt Ball (Vegan Outreach)
- Neal Barnard (PCRM)
- Gene & Lorri Baustion (Farm Sanctuary)
- Danielle Bays (HSUS)
- Baruch Ben-Yehuda (Everlasting Life)
- Rick Bogle (In Defense of Animals)
- Dawn Carr (PETA)
- Lawrence Carter-Long (Animal Protection Inst.)
- George Cave (formerly TransSpecies Unlimited)
- Simon Chaitowitz (PCRM)
- Chas Chiodo (Vegetarian Festivals)
- Robert Cohen (AnimalSave)
- Terri Crisp (United Animal Nations)
- Karen Davis (United Poultry Concerns
- Sean Day (Compassion Over Killing)
- Julie Derby (Defending Farm Animals)
- Chris DeRose (Last Chance for Animals)
- Camilla Fox (Animal Protection Institute)
- Michael Fox (Humane Society of the US)
- Pamela Frash (Animal Legal Defense Fund)
- Bruce Friedrich (PETA)
- Jane Garrison (PETA)
- Lucy Goodrum (FARM)
- J.P. Goodwin (Coalition to Abolish Fur Trade)
- John Hagelin (Natural Law Party)
- Holly Hazard (Doris Day Animal League)
- Steve Henderson (management consultant)
- Alex Hershaft (FARM)
- Steve Hindi (SHARK)
- Louise Holton (Alley Cat Allies)
- Linda Howard (Allied Effort to Save Primates)
- Roberta Kalechofsky (Jews for Animal Rights)
- Elliot Katz (In Defense of Animals)
- Patrick Kwan (Animal Defense League)

- Noam Lazarus (Anonymous for Animals)
- Bob Leroy (North American Vegetarian Society)
- Katherine Lewis (AAVS)
- Morgan Leyh (PETA)
- Howard Lyman (EarthSave Foundation)
- Mike Markarian (Fund for Animals)
- Erik Marcus (Author, "Vegan")
- Mike Markarian (Fund for Animals)
- Lisa Markkula (Animal Defense League)
- Colman McCarthy (Center for Teaching Peace)
- Sue McCrosky (Animal Abuse Watch)
- Rich McLellan (An. Legislative Action Network)
- Marianne Merritt (Hirschkop & Associates)
- Eric Mills (Action for Animals)
- Nina Natelson (CHAI)
- Linda Nealon (Humane PAC USA)
- Ingrid Newkirk (PETA)
- Robert Nixon (Humane Political Action Comm.)
- Jack Norris (Vegan Outreach)
- Angie Olson (Momentum World Wire)
- Wayne Pacelle (HSUS)
- Alex Pacheco (All-AmericanAnimals.com)
- Miyun Park (Compassion Over Killing)
- Heidi Prescott (Fund for Animals)
- David Pryor (FARM)
- Mary Lou Randour (PSYETA)
- Tracy Reiman (PETA)
- Craig Rosebraugh (Animal Liberation Collective)
- Sherry Schlueter (law enforcement officer)
- Ken Shapiro (PSYETA)
- Paul Shapiro (Compassion Over Killing)
- Dean Smith (AAVS)
- Barbara Stagno (In Defense of Animals)
- Kim Stallwood (Animals Agenda)
- Martin Stephens (HSUS)
- Kim Sturla (Animal Place)
- lauren Sullivan (VIVA)
- Paul Turner (Food For Life)
- Will Tuttle (Koruna Music)
- Cres Vellucci (Activist Comm. for Civil Liberties)
- Sonia Waisman (United Animal Nations)
- Paul Watson (Sea Shepherd Conservation Soc.)
- Zoe Weil (Int'l Institute For Humane Education)
- Vernon Weir (American Sanctuary Association)
- Freeman Wicklund (Compass. Action for An's)
- Steven Wise (Ctr for Expansion of Fund. Rights)
- Yale Wishnick (California Teachers Association)



Program (Animal Rights 2000 National Conference)                    Page 4 of 4

- o David Wolfson (MIlbank, Tweed, et al.)
- o Gary Yourofsky (ADAPTT)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

Lodging & Travel (Animal Rights 2000 National Conference)                Page 1 of 2



**ANIMAL RIGHTS 2000**    *Charting our Course in the New Millennium*

L O D G I N G / T R A V E L

National
Conference

July 1 - 5
Washington, DC


PROGRAM


LODGING/TRAVEL

FACILITIES/FOOD

ANIMAL RIGHTS 97

REGISTRATION

For more info contact:
**FARM**
PO Box 30654
Bethesda, MD 20824
1-888-FARM-USA

## Lodging

We were very fortunate to obtain the use of one of Washington's top convention hotels, the **McLean Hilton** (aka Hilton McLean Tysons Corner) located at 7920 Jones Branch Drive, McLean, Virginia 22102; tel:1-703-847-5000, fax:1-703-761-5100.


McLean Hilton

Amenities include free parking, cruelty-free personal care products, Internet connections, outstanding meeting facilities, room, swimming pool, running trail, bicycles.

The incredible price range is $25-80/night/person (including tax), de on occupancy. The actual room rates are $75/single, $85/double, $9 triple/quad, plus 6.5% tax. (Commuters will be assessed a $10 surc cover the cost of meeting facilities.) To reserve a room, call 1-800-H (web site reservation won't work) and use our code AR2000. Note th room block expires on May 31, and these half-price rates may not b available after that date.

To procure a roommate or make child care arrangements, **click her**

## Travel

The McLean Hilton Hotel is easily accessible by car and by public transportation.

If you drive, note that the hotel provides free parking and check the **interactive map** and driving directions. To offer or procure a ride, **here**.

If you arrive by bus or train, take the Metro Red Line to Metro Cent change to Orange Line to West Falls Church, then call hotel (703-84 for pickup.

If you fly, check one of the fare discount web sites and/or use our g with US Airways which provides 10% discount up to 60 days before departure and 5% after. To use this service, call 1-877-874-7687 a Gold File #32631456. All three Washington airports (Reagan Nation International, and Baltimore-Washington International) are serviced **SuperShuttle** which can be accessed at 1-800-258-3826. The fare

http://www.animalrights2000.org/lodging.html                        4/21/00

from  Reagan and Dulles and $35 from BWI (additional persons are [
From Reagan you can also take the Metro Blue Line to Rosslyn, chan
Orange Line to West Falls Church, then call hotel (703-847-5000)  fc
**Click  here for driving directions** from all three airports.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs



**National Conference**
**July 1 – 5**
**Washington, DC**

# ANIMAL RIGHTS 2000
*Charting our Course in the New Millennium*

## FACILITIES / FOOD

## Facilities

We are fortunate to have this magnificent facility all to ourselves for entire 4-day weekend. We don't have to share our eating space with eaters or our meeting space with butchers, hunters, or vivisectors.

All functions will be held in close proximity on the main lobby floor. F and the main workshops will be held in the Grand Ballroom. Addition workshops and rap sessions will take place in the McLean and Fairfax The four smaller rooms will be used for screening videos, for employ interviews, and for private meetings. Exhibits will be housed in the la sunny Pre-Function Atrium located in the center of our meeting spac

A Business Center is available for making copies, sending/receiving f and logging on.



**FARM**
PO Box 30654
Bethesda, MD 20824
1-888-FARM-USA



## Exhibits

Exhibit tables are available for any literature, products, or other mat that promote the right of animals to live free of human exploitation. the products may contain animal ingredients or be tested on animals the literature may advocate any form of human exploitation of anima attack any organization advocating animal protection or veg'ism.

Exhibit hours will be 9 am - 6 pm July 1-3 and 9 am- 1 pm July 4. Th expected attendance is 1000, and traffic should be quite heavy beca the central location.

The fees for a 6' draped table (or equivalent space) and 2 chairs are a commercial firm, $200 for a nonprofit organization selling products $100 for an exhibiting nonprofit organization. Additional charges are electric hookup and $50 for a choice location. Exhibits taller than 5' placed against a wall. Most of the exhibit space cannot be locked, an night security will be provided, but we will provide free locked storag nearby. Neither the McLean Hilton nor FARM will bear any responsibi

To receive an exhibit contract, please send e-mail to
**info@animalrights2000.org**.

## FOOD

All food at the conference will be vegan, and the hotel chef is quite
comfortable with the vegan cuisine. Here are the details:

Breakfast: free bagels/juice in the exhibit area or more substantial fa
Café. Lunch: soup/salad bar for $8 plus tax/tip in the Cafe or adjoini
Martinique's. Dinner: hot buffet for $10 plus tax/tip in the Cafe or
Martinique's. Monday: sit-down banquet for $25 all-inclusive in the G
Ballroom. Late evening: cash bar reception

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs



# ANIMAL RIGHTS 2000
*Charting our Course in the New Millennium*

National Conference
July 1 - 5
Washington, DC

PROGRAM
LODGING/TRAVEL
FACILITIES/FOOD
ANIMAL RIGHTS '97
REGISTRATION

For more info contact:
**FARM**
PO Box 30654
Bethesda, MD 20824
1-888 FARM-USA

## ANIMAL RIGHTS '97

### The Program

Plenary sessions addressed interpretations of the animal rights conour movement's history, accomplishments, and future strategies, a
role of unity, diversity, and communication within the movement. T
were also reports on major campaigns and other developments in t
and abroad.

The highlight of the first session was a moving tribute to movemen
pioneer Henry Spira by HSUS Vice President John Kullberg, AWI Pre
Christine Stevens, Alex Hershaft and others. The second plenary fe
a presentation by Sea Shepherd Conservation Society President Pa
Watson who had just been released from a Dutch prison. Howard L
HSUS was the keynote speaker.




The 42 workshops were arranged along 'issues,' 'organizing,' and
'outreach' tracks. The first track dealt with abuse of animals in factfarms, slaughterhouses, laboratories, pounds, circuses, and in the 
well as with potential solutions.

The organizing track had workshops on personal growth, individual
activism, group dynamics, conflict resolution, effective negotiating,
local groups, legal and financial challenges, community networking,
successful campaigns, and connecting generations.

The outreach track covered research and investigations, civil disobe
political involvement, effective lobbying and litigation, winning peop
minds, public presentations, audiovisuals production, working the ir
and reaching the media, schools, universities, other movements, a
countries.

'Rap' sessions explored controversial issues facing our movement,
including "what do we mean by animal rights?" "whose life do we r
"what is an ethical lifestyle?" "how ethical, nonviolent are our tactic

who is humane? welfarist? abolitionist?    who are our allies and adversaries?" "how to choose our priorities?" and "why can't we all together?

 

In addition to Spira, Kullberg, Stevens, Watson, Lyman, and Hersha speakers included PCRM's Neal Barnard, HSUS officers Michael Fox Wayne Pacelle, IDA's Elliot Katz, author Jim Mason, columnist Colm McCarthy, PETA's Ingrid Newkirk, philosopher Tom Regan, and Anir Agenda editor Kim Stallwood.

Three dozen videos were screened, including the world premiere of Singer's biography of Henry Spira.

### The Sponsors

This year's convention was sponsored by FARM. Supporting organiz included the AAVS, Animals' Agenda, Beacon Global Advisors, Coali Nonviolent Food, DDAL, HSUS, IDA, ISAR, NEAVS, Pet Savers, PET, PCRM. Three dozen other organizations joined them in the exhibit a

The Hyatt Regency Hotel near National Airport served as conventior headquarters. Delicious vegan meals were provided by the Hyatt ar another hotel. Several movement musicians provided nightly entertainment.

Tapes of all sessions are available from Chesapeake Comm. at 410-0040.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs





# ANIMAL RIGHTS 2000

**National Conference**
**July 1 – 5**
**Washington, DC**

## REGISTRATION

### Registration Fees

Because of the generosity of our supporting organizations and the favorable terms negotiated with the McLean Hilton, we are pleased you one of the most economical conferences you have ever attende total 4-day expense, including registration, food, and lodging/parkir less than $400, assuming double occupancy and early registration.

Here are the registration fees which cover admission to all sessions exhibits: $160 by 4/30 (postmark), $180 by 5/31, $200 after 6/10 day registration is $75. There is an additional charge of $10 (listed "Off-site Surcharge" on the Registration Form) for folks staying off-cover meeting facilities). Optional charges are $25 for Monday ban and $25 for Tuesday evening dinner and walking tour of Independe Day celebrations on the National Mall.

We offer a $20 discount for student/senior/low-income folks.

To apply for a work scholarship, send e-mail to **info@Animal Rights2000.org** stating detailed contact information, experience, need.

Refunds: Less $20 handling fee till June 10 (postmark), less $50 af June 10

## Click here for registration form

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

FOIPA #
1045118

Registration (Animal Rights 2000 National Conference)                     Page 1 of 2

# Animal Rights 2000 Registration Form

### (One form per person, please.)

### *Yes, I want to be part of Animal Rights 2000. Sign me up!*

Name _____

Address _____

City _____ State _____ Zip _____

Phone, Home _____ Work _____

E-mail _____

## Registration:

Registration Fee: $160 by 4/30 (postmark), $180 by 5/31, $200 after 6/10,
  or $75 per day for those who will only attend for 1 or 2 days (specify days)    $_____

Banquet on Monday evening ($25)                                                  $_____

Independence Day Dinner/Tour on Tuesday evening ($25)                            $_____

Off-site Surcharge ($10)                                                         $_____

Student/senior/low-income discount (-$20)                                        $_____

**Total**                                                                        $_____

Refunds: Less $20 handling fee till June 10 (postmark), less $50 after June 10

### *RESERVE HOTEL SPACE BY MAY 31*

## Special functions (check if interested, not binding):

__ Welcome Reception (Friday evening)

__ Newcomer Orientation (Saturday morning)

__ Regional Meetings (Saturday morning)

__ Employment Clearing House (any day)

__ Lobby Day (Wednesday morning)

__ Group workouts (every morning at 7:30am)

## Special Requests:

__ Please send exhibit contract

__ Please send _____ promotional brochures for distribution

## How did you hear of us? _____

Please make checks payable to: FARM/AR2000

Print out form, complete, and send with appropriate payment to the address below:

**AR2000 * 10101 Ashburton Lane * Bethesda, MD 20817**

**main page | back to registration page**

http://www.animalrights2000.org/registrationform.html                     4/21/00

Registration (Animal Rights 2000 National Conference)                    Page 2 of 2

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

Complaint Form
FD-71 (Rev 2-13-86)

NOTE   Hand print names legibly, handwriting satisfactory for remainder.
Indices:  ☐ Negative  ☑ See below

**Subject's name and aliases**
UNSUB(S)
DEATH THREATS VIA
INTERNET AGAINST FAMILY
OF

**Character of case**
C

**Complainant** ☐ Protect Source

**Complaint received**
☐ Personal   ☑ Telephonic   Date June 11   Time 2:41 p

**Address of subject**

**Complainant's address and telephone number**
PCRM
5100 Wisconsin Ave
Wash DC 20016
(202) 686-2210 310
(202) 686-2216 Fax

**Subject's Description**

| Race | Sex | Height | Hair | Build | Birth date and Birthplace |
|------|-----|--------|------|-------|---------------------------|
|      | ☐ Male |     |      |       |                           |
| Age  | ☐ Female | Weight | Eyes | Complexion | Social Security Number |

Scars, marks or other data

**Facts of complaint**

Attached fax's are threats against _____ and Neal Barnard, employees of PCRM an organization that among other things promotes a vegetarian diet.  Fax's were sent to PCRM ob. _____

_____ indicates internet service provider for person who sent the ~~____~~ threats is C2-Net; Berkeley CA (510) 601-9777.

~~___~~ message of June 3 indicates threat to _____

~~____~~ message of June 6, threatens Neal Barnard, president of PCRM, while attending a Celebrity Gala on June 22, an actual event.

Indices indicate PCRM phone number listed on 2 serials
17A-OC-56120, LVI B2060 & 266A DX-65402
B24B

**Do not write in this space**
9-0-3224

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

JUN 1 9 1996

FBI - WMFO FIELD OFFICE

b6
b7C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-06-2006 BY 60309 uc tam/dg/rs

No 2026862218                    11-96   2:41 No.007 P.04

To : Agent [                    ]   b6
                                    b7C



## PREVENTION

PCRM promotes preventive medicine through innovative programs:

- The Cancer Prevention and Survival Project provides vital information to tens of thousands of people

- The Gold Plan is a program for beautiful eating for businesses, hospitals, and schools

- The New Four Food Groups is PCRM's innovative proposal for a federal nutrition policy that puts a new priority on health. The program also includes an effective nutrition curriculum for schools.

- Our Eating Live public service announcement series featured Dr. Hector Humbab demonstrating the Heimlich Maneuver, as well as messages on heart disease and cancer prevention

## RESEARCH

We also encourage higher standards for ethics and effectiveness in research

- We oppose unethical human experiments. Great strides have been made in eliminating such experiments, yet some remain. For example, children are still given synthetic growth hormone in experiments, and both children and adults are exposed to untested or new drugs which have toxic effects.

- We promote alternatives to animal research. We encourage putting a stop to grotesque experiments, such as the use of operating studies, DRG dissections experiments, and in vivo education projects. We encourage autonomous animal education. We promote non-animal labs for medical student

## MEDICAL CARE

PCRM advocates broader access to medical services

- We promote access to care for diverse clientele, including those with disease or persons with AIDS and handicaps.

## ORGANIZATION

Founded in 1985, PCRM is supported by thousands of physicians and medical experts. Supporters receive our Medicine each quarter describing the efforts of our national experts and grass-roots individuals

## LEADERSHIP

PCRM president Dr. [          ] M.D. is a popular speaker and the author of Food for [     ] books on preventive medicine. He provides psychiatric care at a shelter for the homeless in Washington, D.C. PCRM's advisory board includes 26 physicians from a broad range

PCPM                    TEL No.2026862216            Ju. 11.98  2:41 No.007 P.03

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

                                                      b6
                                                      b7C

From:        Anonymous User[SMTP nobody@c2 org]
Sent:        Thursday, June 06, 1998 11 06 AM
To:          info@sal com

Documents recently turned over to us indicate
that there will be a serious attempt to assassinate Neal Barnard
on June 22 during the Celebrity Gala
at the Renaissance Washington Hotel.
This is not a hoax.
Al F

PCRM                          TI    No.2026862216              J    11.96  2:41 No.007 P.02
                                                                                        b6
                                                                                        b7C
From Susan Wagener Shapere Associates, Inc 803-573-4848        To          of PCRM      Page 4 of 6  Tuesday, June 04, 1996 1.19.01 PM

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

m..        Anonymous User[SMTP nobody@c2 org]
Sent:      Monday June 03, 1996 12 05 PM                                                b6
To.        pcrm@sai com                                                                 b7C
Subject.   Dead Kids

Personal to

Saw your Ad in Des Moines Register
Got your address from PETA contacts file

...will be Highway 4
...and feed...dogs
...chevy truck

PCRM                        TE  No.2026862216              Jt  11,96  2:41 No.007 P.01

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

## PCRM

PHYSICIANS
COMMITTEE
FOR       J..  ...  ...          5100 WISCONSIN AVENUE NW • SUITE 404
RESPONSIBLE         ...  ...  ..  WASHINGTON DC 20016
MEDICINE                         (202) 686-2210  FAX· (202) 686-2216

b6
b7C

To:  Agent
From:
re:  Death threats

Here are the two death threats e-mailed to us, followed by a one page description of our
organization.

The death threats originated from an internet service provider in Berkeley, California called
the net. Their telephone number is (510) 601-9777. So far they haven't returned my calls,
but perhaps they would return yours  new # 570+986-8770

...  ...  have access to the internet, our home page address is http://www sarc org/pcrm/
...  ...  ..  very much for your assistance.

PCPM                    TE  No.2026862216              Ju  12.96 20:39 No.010 P.01

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

# PCRM

## PHYSICIANS
## COMMITTEE
## FOR
## RESPONSIBLE
## MEDICINE

5100 WISCONSIN AVE., #404
WASHINGTON, DC 20016
PHONE (202) 686-2210
FAX (202) 686-2216

b6
b7C

TO:

FROM:

DATE:

NO. OF PAGES (including cover): _____

Here  is  the  Des Moines  Register
article . .  .

PCRM                    TEL No.2026862216        Jun 12.96 20:39 No.010 P.02

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs



# Des Moines Register

DES MOINES, IOWA ▣ SATURDAY, MARCH 30, 1996 ▣ PRICE 50 CENTS

### EQUATES CONSUMPTION, 'MAD COW'

## Anti-meat group assails Register for rejecting ad

**By DAVID ELBERT**
REGISTER BUSINESS WRITER

A Washington, D.C. group that opposes meat consumption criticized the Des Moines Register for refusing to run an advertisement that compares consumers of meat to animals who suffer from mad cow disease.

Neal Barnard, executive director of the Physicians Committee for Responsible Medicine issued a news release Friday complaining that the Des Moines Register President and Publisher Barbara Henry had rejected the ad, which features a drawing of a man and a cow with bold-stitched heads.

Henry, who became publisher on Monday, said, "The ad didn't meet the Register's standards for accuracy and fairness.

"The group that wanted to place it is simply trying to use the newspaper and other media," she said. "They try to place the ad, then when it is refused they go on TV and newspaper reporters write a story."

"It's childish. A propaganda message I want to get across," she said. "I know that readers of The Register can see through that ploy."

Wasser denied that the criticism was a ploy.

"We were willing to pay $1,000 to place the ad and Barb Henry said your readers do not need to know this," Wasser said.

But Henry said The Register's news coverage has made it clear that mad cow disease is not in the U.S. "That's the way to handle this issue," she said.

Wasser said The Register was the first newspaper approached with the ad, and was selected "because you're in the middle of cattle country."

He said that other newspapers would be asked next week to carry the ad, but that no decision had been made on which newspapers would be contacted.

Henry's predecessor as publisher, Charles C. Edwards Jr., turned down an ad from People for the Ethical Treatment of Animals three years ago on similar grounds of fairness.

In 1991 he had accepted a PETA ad that compared the slaughter of animals to the mass murder and killer Jeffrey Dahmer created a new Iowa Publications that associated a freedom of protest. It ran the newspaper's farm advertisers and others.

Wasser said that while his group and PETA share some interests, the groups are not related.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

9-0
JJM:jjm

b6
b7C

        The following investigation was conducted in regards to
threats being made against PCRM-physicians committee for
responsible medicine.

        On June 19, 1996 SA [        ] contacted [                ]
who indicated that he has not received any additional threats. SA
[            ] provided his phone number and pager number to him in case
any additional threats of any kind are received by him

        After talking to [        ] SA [        ] spoke with the
president of PCRM, Neal Barnard. Barnard stated the only threat
received by him was via the electronic mail. Barnard was given SA
[            ] direct phone number and pager number if any additional
threats occurred.

        The internet site that the unknown subject was using
had listed the user as anonymous. Contact with that provider
failed to provide any further details.

        On July 3, 1996, SA [            ] contacted Neal Barnard.
Barnard stated no additional threats were received by anyone at
PCRM.

        Based on above information, placing matter in 9-0 file.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-22-2006 BY 60309 uc tam/dg/rs

WMFO 9A-WF-
JCB:jcb

    The following information was obtained by Special Agent (SA)
[                    ] on 06/17/96, using Internet resources pertaining
to the Internet Service Provider (ISP) C2.ORG:

b6
b7C

DOMAIN NAME:            C2.ORG

ADMINISTRATIVE CONTACT
TECHNICAL CONTACT
ZONE CONTACT:

@C2.ORG

DOMAIN NAME SERVERS:    NS.C2.ORG           140.174.185.10
                              ULTIMA.ORG          140.174.184.10
                              PANGAEA.ANG.ECAFE.ORG   194.129.42.2

```
                                ALL INFORMATION CONTAINED
                                HEREIN IS UNCLASSIFIED
                                DATE 06-22-2006 BY 60309 uc tam/dg/rs
```

WMFO 9A-WF-                         FOIPA #
JCB:jcb                             1045118

    The following information was obtained by Special Agent (SA)
[           ] on 06/17/96, using Internet resources pertaining
to the Internet Service Provider (ISP) SAI.COM:

                                                                              b6
                                                                              b7C

DOMAIN NAME:                SAI.COM

ADMINISTRATIVE CONTACT: [                           ]

TECHNICAL CONTACT
ZONE CONTACT:          [                            @SAI.COM]

DOMAIN SERVERS:        DAX.SAI.C0M            198.137.245.66
                       ZEUS.PTLTD.COM         134.122.2.20



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 29, 2006

MR DANIEL KINBURN
ASSOCIATE GENERAL COUNSEL
SUITE 400
5100 WISCONSIN AVENUE, NW
WASHINGTON, DC 20016

Subject: BARNARD, NEAL DANA

FOIPA No. 1045118- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

32 **page(s)** were reviewed and 27 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐ referred to the OGA for review and direct response to you.

    ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosures (2)

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you're the greatest degree of access authorized by both laws.

# EXPLANATION OF EXEMPTIONS

## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)     (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)     related solely to the internal personnel rules and practices of an agency;

(b)(3)     specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)     trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)     inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)     personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)     records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)     contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)     geological and geophysical information and data, including maps, concerning wells.

## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)     information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)     material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)     information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)     investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)     material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)     required by statute to be maintained and used solely as statistical records;

(k)(5)     investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)     testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)     material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ