UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for an extension of time to April 4, 2007, to file single brief to include both Defendant's Reply to its Motion for Summary and Opposition to Plaintiff's Cross Motion for Summary Judgment. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion for an Extension of Time. Defendant filed its Motion for Summary Judgment (Dkt. No. 14) on February 20, 2007. In response, on March 15, 2007, Plaintiff filed an opposition and a cross motion for summary judgment. See Dkt. No. 16. Plaintiff's filings raised certain issues that will require additional investigation by Defendant. Therefore, additional time is needed for for Defendant to complete that investigation.

Furthermore, under Local Rule 7(b) and (d), Defendant's Opposition is due on March 29, 2007, and its Reply is due on March 26, 2007, respectively. It would conserve the parties' resources and advance judicial economy for Defendant to file a single brief incorporating both Defendant's reply responding to Plaintiff's Opposition and opposition to Plaintiff's Cross

Motion for Summary Judgment.

For these reasons, the Court should grant Defendant's consent motion for an extension of time to April 4, 2007, to file a single brief to include both Defendant's Reply and Opposition.

Dated: March 23, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>    Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including April 4, 2007, to file a single brief to include both Defendant's Reply and Opposition.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff