UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>   Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for a two day extension of time to April 6, 2007, to file single brief to include both Defendant's Reply in support of its Motion for Summary and Opposition to Plaintiff's Cross Motion for Summary Judgment. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion for an Extension of Time. Defendant intended fully to file its Reply/Opposition by today, the due date; however, due to trial preparation and other unanticipated matters, the undersigned was not able to complete the draft Reply/Opposition for agency and supervisory review prior to filing it with the Court. Specifically, the undersigned is in the midst of trial preparation for an upcoming one-week long trial, beginning April 16, 2007. See McIntyre v. Peters, Civ. No. 05-664 (D.D.C.) (Huvelle, J.). Trial preparation, including meetings with witnesses, consumed more time than anticipated. Furthermore, the undersigned had a motions hearing this past Monday that also consumed more time that expected. The undersigned also had to devote time to addressing the order that emanated from

that hearing.

For these reasons, the Court should grant Defendant's consent motion for an extension of time to April 6, 2007, to file a single brief to include both Defendant's Reply and Opposition.

Dated: April 4, 2007.                    Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER GRANTING DEFENDANT'S
## CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including April 6, 2007, to file Defendant's Reply/Opposition.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff