UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-CV-1393 (CKK) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves for a sixteen-day extension of time to April 27, 2007, to file a Reply in support of his Motion for Summary Judgment. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel consented to this Motion.

There is good cause to grant this Motion for an Extension of Time. Plaintiff intended to respond to Defendant's Reply in support of its Motion for Summary Judgment and Opposition to Plaintiff's Cross Motion for Summary Judgment by the due date, April 11, 2007; however, because of other pressing matters, the undersigned is not able to complete the response in time for client review prior to filing it with the Court. Specifically, the undersigned is scheduled to file reply briefs in the Second Circuit and Fourth Circuit in the coming weeks and is devoting significant time and resources to ongoing matters in a case in the Superior Court of the State of California.

For these reasons, the Court should grant Plaintiff's consent motion for an extension of time to April 27, 2007, to file a Reply in support of his Motion for Summary Judgment.

        Respectfully submitted,

        /s/ Daniel Kinburn

        _____
        Daniel Kinburn
        PHYSICIANS COMMITTEE FOR
         RESPONSIBLE MEDICINE
        5100 Wisconsin Avenue, N.W., Suite 400
        Washington, D.C. 20016
        Attorney for Plaintiff
        (202) 686-2210 ext. 308
        (202) 686-2155 (fax)

Dated: April 9, 2007