UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-CV-1393 (CKK) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Plaintiff's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have up to and including April 27, 2007, to file a Reply in support of his Motion for Summary Judgment.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
Daniel Kinburn, Counsel for Plaintiff
John C. Truong, Counsel for Defendant