UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,  )<br>   )<br>   Plaintiff,  )<br>   )<br>   v.  )<br>   )<br>DEPARTMENT OF HOMELAND  )<br>SECURITY,  )<br>   )<br>   Defendant.  )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Homeland Security respectfully moves for an extension of time to January 23, 2008, for Defendant to submit the documents at issue for *in camera* review. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion for an Extension of Time. Defendant intended to comply with the Court's January 8, 2008 Minute Order by submitting the six pages of documents at issue for *in camera* review. However, a concern arose today about the documents at issue in this case. Specifically, the declarant (Mr. Marshall Fields, Jr.), who reviewed the six pages of record at issue here and who submitted the declaration in support of Defendant's Motion For Summary Judgment, is no longer with the agency. In preparing the documents for submission for *in camera* review, the agency discovered that there are seven pages of record (not just six as explained in the declaration) in the file.

Due to this discovery Defendant needs the additional time to resolve the potential discrepancy and will submit a declaration to the Court explaining the discovery and discrepancy,

if any.  For the foregoing reasons, the Court should extend the deadline to January 23, 2008, for Defendant to submit the documents at issue for *in camera* review.

Dated: January 14, 2008.                                Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | Civ. No.: 06-1393 (CKK) <br> ECF |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 23, 2008, to submit the records at issue for *in camera* review.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff