# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br> )<br>  Plaintiff, )<br> )<br> v. )<br> )<br> DEPARTMENT OF HOMELAND )<br> SECURITY, )<br> )<br>  Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

## NOTICE RE: COMPLIANCE WITH
## THE COURT'S JANUARY 15, 2008 ORDER

Pursuant to the Court's January 15, 2008 Minute Order, Defendant has delivered by courier to Chambers the unredacted records at issue for *in camera* review.

Along with the records, Defendant also enclosed a Declaration from Ms. Gloria Marshall explaining the circumstances surrounding the records. See Declaration of Gloria Marshall (Gov. Ex. A). As explained in Defendant's Consent Motion for an Extension of Time (Dkt. No. 24), while gathering the records for *in camera* submission, the agency discovered that there are seven pages of records in the file, not just six pages as explained in the declaration submitted by Marshall Fields, Jr., in support of Defendant's Motion for Summary Judgment.

Due to this discovery, Defendant is submitting a Declaration from Ms. Gloria Marshall to explain the circumstances surrounding the discovery of an additional one page of records. The Marshall Declaration also explains that all seven pages of records are withheld under various FOIA Exemptions (5 U.S.C. §§ 552(b)(2), (b)(7)(A), (b)(7)(C), (b)(7)(E)), and for the reasons explained in the Fields Declaration. See Marshall Decl. at ¶6 (Gov. Exh. A).

Dated: January 23, 2008.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant