IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Neal D. Barnard, MD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department of Homeland Security )<br>)<br>Defendant. )<br>_____) | Case No: 06-CV-1393 (CKK) |

## DECLARATION OF GLORIA L. MARSHALL

### I. INTRODUCTION

1. I, Gloria L. Marshall, make the following statement, under penalty of perjury pertinent to the above styled and numbered cause, and being over 18 years of age, am fully competent to make the statements contained in this Declaration.

2. I am the Unit Chief of the Information Disclosure Unit (IDU), Mission Support Division, Office of Investigations (OI), GS-15, U.S. Immigration and Customs Enforcement (ICE) within the U.S. Department of Homeland Security (DHS). I have held the position of Unit Chief since March 1, 2003. My office is located at 425 I Street, NW, Washington, DC 20536.

3. As the Unit Chief of the IDU, my official duties and responsibilities include the general management, oversight, and supervision of the IDU which includes the Freedom of Information Act/Privacy Act (FOIA/PA) Section. The FOIA/PA Section processes FOIA/PA requests received by OI in ICE Headquarters and has oversight of the FOIA/PA functions in the twenty-six (26) Offices of the Special Agents in Charge of OI, within ICE.



4. I am familiar with the facts of this case. The statements contained in this Declaration are based on my personal knowledge and experience, review of documents kept in the course of business, and information conveyed to me in the course of my official duties.

## II. BACKGROUND

5. On February 20, 2007, Defendant filed a motion for summary judgment in this matter. In support of that motion, ICE submitted a declaration from Marshall H. Fields, Jr. (Fields Declaration). The Fields Declaration indicated that ICE had located six pages of records responsive to Plaintiff's FOIA request. Fields Decl. at ¶ 15. On January 8, 2008, the Court issued a Minute Order, which required ICE to submit the six pages of records unredacted c to Chambers by or before January 14, 2008, for an *in camera* review. On January 14, 2008, ICE requested an extension of that deadline until to January 23, 2008. By Minute Order dated January 15, 2008, the Court granted the request for an extension.

## III. ICE RECORDS

6. In response to the Court's January 8, 2008 Order, ICE began reviewing its FOIA files for purposes of locating the six records. During the course of ICE's review, it came to my attention that there were actually seven pages of records, and not six as explained in the Fields Declaration. ICE did not document in its file which of the six records were covered by the Fields Declaration. Furthermore, the declarant (Marshall H. Fields, Jr.) who reviewed the six pages of records at issue is no longer employed at ICE. Accordingly, at this time, ICE can not determine with certainty which six pages of the records were reviewed by Mr. Fields and referenced in his declaration. Nonetheless, I have reviewed all seven pages of the records and determined that all records are exempt from disclosure, in their entirety, under the FOIA exemptions (5 U.S.C. §§ 552(b)(2), (b)(7)(A), (b)(7)(C), (b)(7)(E)), and for the reasons explained in the Fields

Declaration. Accordingly, ICE is submitting all seven pages of the records to the Court for *in camera* review.

## IV. JURAT CLAUSE

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Signed this 23rd day of January, 2008.

GLORIA L. MARSHALL, Unit Chief
Information Disclosure Unit
Mission Support Division
Office of Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security