UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | Civil Action No. 06-1393 (CKK) |

**ORDER**
(January 29, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 29th day of January, 2008, hereby

**ORDERED** that Defendant's [14] Motion for Summary Judgment shall be GRANTED; it is further

**ORDERED** that Plaintiff's [16] Cross-Motion for Summary Judgment shall be DENIED; and it is further

**ORDERED** that Plaintiff shall file a supplemental brief concerning his Privacy Act claim no later than February 8, 2008, if Plaintiff chooses to pursue this claim in light of the Court's accompanying memorandum opinion. If Plaintiff does not file a supplemental brief on his Privacy Act claim by that date, the Court shall dismiss Plaintiff's Privacy Act claim without prejudice and enter a final judgment. If Plaintiff does file a supplemental brief by that date, Defendant shall file a Response no later than February 22, 2008. Plaintiff may file a Reply no

later than February 29, 2008.

**SO ORDERED.**


Date:   January 29, 2008

                                              /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge