UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DECLARATION OF DOROTHY PULLO

I, Dorothy Pullo, declare as follows:

1.  My name is Dorothy Pullo, and I served as a Supervisory Program Analyst, Freedom of Information Act/Privacy Act Branch, Office of Field Operations, U.S. Customs and Border Protection (CBP), Department of Homeland Security (DHS) (formerly the U.S. Customs Service, U.S. Department of the Treasury).[1] From May, 2005, to May, 2007, I was the official responsible for the overall supervision and management of processing Privacy Act and/or Freedom of Information Act (FOIA) requests for information in CBP record systems. I have been with CBP (and the former U.S. Customs Service) for the past 23 years.

2.  I make this declaration on the basis of my review of the official files and records of this office, my personal knowledge of the internal operations of this office and agency, and information acquired by me in the course of the performance of my official duties.

---

[1] Effective March 1, 2003, the United States Customs Service was renamed the Bureau of Customs and Border Protection. See Reorganization Plan Modification for the Dep't of Homeland Security, H.R. Doc. 108-32 at 4 (2003). In April 2007, the Bureau of Customs and Border Protection was officially renamed U.S. Customs and Border Protection, which remains the agency's name to date.



GOVERNMENT EXHIBIT A

3. Due to the nature of my official duties, I am familiar with the procedures followed by CBP in responding to FOIA requests and Customer Satisfaction Unit (CSU) complaints; specifically, I am familiar with the processing of Plaintiff's July 20, 2005 letter.

4. The purpose of this declaration is to inform the Court and Plaintiff of why CBP processed Plaintiff's July 20, 2005, letter as a traveler redress complaint rather than as a FOIA request.

5. Between August 2004 and October 1, 2007, all FOIA requests and general complaints were received by the same office, the Office of Field Operations, Customer Satisfaction Unit, 1300 Pennsylvania Avenue, Suite 5.5C, Washington, D.C. 20229. Plaintiff's July 20, 2005 letter was received during this period. The CSU provided the Office of Field Operations with a single point-of-contact for reviewing, responding to, tracking and effectively dealing with all customer complaints and compliments. During this time, this office was responsible for not only reviewing and responding to complaints relating to CBP interaction with the general public, travelers, industry, Congress and other government entities, but also was responsible for processing FOIA requests.

6. The CSU received Plaintiff's letter on July 25, 2005. Plaintiff's letter included a complaint about having been "repeatedly stopped and questioned by Customs Officers at U.S. Customs in the Toronto, Canada airport and at Dulles International Airport in Washington D.C." In an attempt to address Plaintiff's concern about being repeatedly stopped and questioned, CSU treated the letter as a traveler redress complaint and did not process it under FOIA.

7. In treating the letter as a traveler complaint rather than processing it under FOIA,

CSU referred Plaintiff to ICE because CSU had concluded that ICE was the agency that could best respond to Plaintiff's concerns regarding his alleged frequent stops and questioning at the border.

8. Once the August 15, 2005, letter was sent to Plaintiff, the file opened for his letter, 2005T2952, was then closed.

### JURAT CLAUSE

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information and belief.

Signed this 29th day of January, 2008.

_____
Dorothy Pullo
U.S. Customs and Border Protection
U.S. Department of Homeland Security