UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-CV-1393 (CKK) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE AND CONSENT MOTION TO STAY
PROCEEDINGS FOR SIXTY DAYS AND
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY**

Plaintiff Neal D. Barnard, M.D., responds to Defendant's Motion to Stay by submitting this Consent Motion to Stay Proceedings for Sixty Days in order to allow the parties to efficiently handle recent developments in the case and to advance judicial economy. As stated in Defendant's Motion to Stay, Defendant has apprised Plaintiff of developments as they have arisen, and Plaintiff originally intended to file a separate brief explaining his consent to a partial stay. Having reviewed Defendant's Motion to Stay and its supporting exhibits, Plaintiff has conferred with Defendant, pursuant to Local Rule 7(m), and Defendant's counsel consented to this Motion.

As set forth in Defendant's Motion to Stay, several significant recent developments, not considered in the Court's Memorandum Opinion and Order of January 29, 2008, support a temporary stay of the remaining proceedings in this case. Among other things, Defendant has informed Plaintiff and this Court that

1) Dr. Barnard is not the subject of an open and pending criminal investigation (Mot. to Stay at 3 n. 2);

2) U.S. Customs and Border Protection ("CBP"), a component of the Department of Homeland Security, possesses approximately 82 pages of documents responsive to Dr. Barnard's request under the Freedom of Information Act and the Privacy Act ("FOIA/PA") (*id.* at 2);

3) CBP intends to complete initial processing of these documents by February 5, 2008, but may require additional time for further review and production (*see id.* at 2–3); and

4) U.S. Immigrations and Customs Enforcement possesses responsive documents originating with other agencies and CBP has now, for the first time, referred such records to those other agencies for FOIA/PA processing (*see* Def. Exh. B ¶ 6).

A stay of the proceedings would provide Defendant sufficient time to identify and review responsive documents possessed by CBP, allow Plaintiff time to review and consider any responsive documents produced by Defendant or other agencies, and conserve Court resources by consolidating proceedings that may arise out of the recent developments. Accordingly, Plaintiff, with consent of Defendant, moves for a stay of the remaining proceedings in this case for sixty (60) days, at which time the parties will jointly file a status report with the Court, and Plaintiff will have the option to amend his Second Amended Complaint, file supplemental brief(s) regarding his Privacy Act claim, move to alter or amend the judgment of January 29, 2008, or bring to the Court's attention any other issues that may arise in light of the material received from Defendant.

Respectfully submitted,

/s/ Daniel Kinburn

_____
Daniel Kinburn
PHYSICIANS COMMITTEE FOR
 RESPONSIBLE MEDICINE
5100 Wisconsin Avenue, N.W., Suite 400

                                    Washington, D.C. 20016
                                    Attorney for Plaintiff
                                    (202) 686-2210 ext. 380
                                    (202) 686-2155 (fax)

Dated: February 5, 2008