UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEAL D. BARNARD, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 06-CV-1393 (CKK)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's Notice and Consent Motion to Stay Proceedings for Sixty Days and the entire record herein, it is this ____ day of _____ 2008,

ORDERED that Plaintiff's Consent Motion to Stay Proceedings for Sixty Days be and is hereby GRANTED; and it is further

ORDERED that at the conclusion of sixty days, the parties will jointly file with the Court a status report, and it is further

ORDERED that at the conclusion of sixty days, Plaintiff will have the option to amend his Second Amended Complaint, file supplemental briefing regarding his Privacy Act claim, move to alter or amend the judgment of January 29, 2008, or bring to the Court's attention any other issues that may arise in light of the material received from Defendant.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

Dated: _____