## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civ. No.: 06-1393 (CKK)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant U.S. Department of Homeland Security respectfully moves for an extension of time from April 7, 2008, to April 21, 2008, to submit a Joint Status Report on this case. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion for an Extension of Time. On February 6, 2008, the Court issued a Minute Order requiring the parties to submit a Joint Status Report on April 7, 2008, describing the status of Defendant's search for and production of documents responsive to Plaintiff's Freedom of Information Act (FOIA) request. See Feb. 6, 2008 Minute Order. Defendant is seeking a two-week extension to submit the Joint Status Report because the undersigned counsel will be in the midst of a jury trial on that date. Specifically, the undersigned counsel is scheduled to be in trial in Elion v. Jackson, Civ. No. 05-992 (PLF), from April 1 to 8, 2008. The two-week extension is also needed to accommodate the filing of anticipated post-trial motions regardless of the outcome of the trial.

For the above reasons, Defendant respectfully requests that the Court extend the deadline to April 21, 2008, for the parties to submit a Joint Status Report on this case.

Dated: March 31, 2008.    Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the parties shall have up to and including April 21, 2008, to submit a Joint Status Report on this case.

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff