UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D.,           )<br>                                                      )<br>    Plaintiff,                              )<br>                                                      )<br>    v.                                            )<br>                                                      )<br>DEPARTMENT OF HOMELAND    )<br>SECURITY,                                )<br>                                                      )<br>    Defendant.                           )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**JOINT STATUS REPORT**

Pursuant to the Court's February 6, 2008 Minute Order, the parties hereby submit the following Joint Status Report for the above captioned case:

1. On February 5, 2008, Defendant identified 82 pages of documents, releasing 1 page in full, redacting portions of 80 pages, and withholding 1 page in full. Thereafter, following the Court's February 6 Minute Order, Defendant conducted further search for documents responsive to Plaintiff's July 2005 FOIA request. On April 1, 2008, Defendant released one additional redacted page. Thereafter, on April 17, 2008, Defendant, in its third and final administrative response, further processed 229 pages of documents and released 11 pages of documents in full. At that time, Defendant also released 82 pages of documents with redactions and withheld 136 pages in full.

2. On April 18, 2008, the parties conferred on the status of this case and discussed "the next step." As a result, Defendant agrees to provide Plaintiff with a *Vaughn*

1

Index by April 23, 2008, setting forth the bases for redacting certain portions of pages of documents and for withholding pages of documents in their entirety.

3. Plaintiff indicates that he will need approximately one week to review the *Vaughn* Index and determine whether to challenge a subset or all of the documents listed on the *Vaughn* Index.

4. The parties agree to confer again on April 30, 2008, to discuss the documents on the *Vaughn* Index. If the parties are unable to resolve all issues by April 30, the parties shall submit on that date a proposed briefing schedule for the filing of cross motions for summary judgment.

Dated: April 21, 2008.                    Respectfully Submitted,

                                          //s//
                                          Daniel Kinburn
                                          PHYSICIAN COMMITTEE FOR
                                          RESPONSIBLE MEDICINE
                                          5100 Wisconsin Ave., N.W., Ste. 400
                                          Washington, D.C. 20016
                                          Attorney for Plaintiff

                                          /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                          /s/ Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

                                          /s/ John C. Truong
                                          JOHN C. TRUONG, D.C. BAR #465901
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 307-0406
                                          Attorneys for Defendant