UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>   Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

**DEFENDANT'S CONSENT MOTION TO AMEND THE COURT'S
MAY 5, 2008 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant U.S. Department of Homeland Security respectfully requests that the Court amend the May 5, 2008 Minute Order by extending all dates by thirty six days.  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion.  On May 1, 2008, the parties submitted a Joint Status Report apprising the Court of the remaining disputed issues and the parties' effort to resolve the case without further litigation.  See Status Report (Dkt. No. 34).  In that same joint report, the parties also proposed a briefing schedule for the remainder of the case. Id.  On May 5, 2008, the Court adopted the parties' proposed dates.  See May 5, 2008 Minute Order.

After the Court issued the scheduling order, Defendant held additional internal discussions to determine whether to withdraw one or more exemptions under the Freedom of Information Action (FOIA).  The discussions involve several agency officials and at multiple levels.  Withdrawing one or more exemptions may not lead to Defendant releasing additional

documents to Plaintiff; however, Defendant anticipates that once the decision-making process is complete there may be fewer FOIA exemptions for the parties to litigate and for the Court to decide. For the decision-making process to run its course would take approximately 30 days.

For these reasons, Defendant respectfully requests that the Court amend the May 5, 2008 Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Motions for Summary Judgement/Motion for Reconsideration | May 21, 2008 | June 27, 2008[1] |
| Oppositions | June 26, 2008 | July 27, 2008 |
| Replies | July 11, 2008 | August 11, 2008 |

Dated: May 19, 2008.                    Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530

---

[1] Ordinarily, Defendant would only seek a 30-day extension to file its dispositive motion; however, the undersigned counsel has a motion for summary judgment due in Porter v. Johnson, Civ. No. 04-2121 (PLF), on June 23, 2008. Given this deadline, the undersigned counsel seeks an additional six days to file the motion for summary judgment in this case.

(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NEAL D. BARNARD, M.D.,               )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )   Civ. No.: 06-1393 (CKK)
                                     )   ECF
DEPARTMENT OF HOMELAND               )
SECURITY,                            )
                                     )
    Defendant.                       )
_____)

## ORDER

Upon consideration of Defendant's Consent Motion to Amend the May 5, 2008 Minute Order and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion to Amend the May 5, 2008 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the briefing schedule be and is hereby AMENDED as follows:

| Events | Proposed Deadlines |
|---|---|
| Motions for Summary Judgement/Motion for Reconsideration | June 27, 2008 |
| Oppositions | July 27, 2008 |
| Replies | August 11, 2008 |

SO ORDERED.

                                                              _____
                                                              U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff