UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 06-CV-1393 (CKK) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A
THIRD AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Neal D. Barnard, M.D., respectfully moves for leave to file a Third Amended Complaint for Injunctive Relief. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel does not oppose this Motion.[1]

There is good cause to grant this Motion for Leave to File a Third Amended Complaint for Injunctive Relief. Dr. Barnard filed this Freedom of Information Act ("FOIA") and Privacy Action (collectively "FOIA/PA") seeking from Defendants certain documents that relate to him. At the time of filing of the original complaint, the dispute revolved around records maintained by Immigrations and Customs Enforcement ("ICE"), an agency within Defendant Department of Homeland Security ("DHS"). On February 4, 2008, Defendant informed Dr. Barnard and this Court of the existence of other responsive records maintained by U.S. Customs and Border Protection ("CBP"), another agency within DHS. Dr. Barnard had requested these records from CBP prior to the FOIA/PA request to ICE that led to the initiation of this lawsuit.

---

[1] Defendant does not oppose Plaintiff's Motion for Leave to File a Third Amended Complaint; however, Defendant reserves the right to seek dismissal and/or summary judgment of the Third Amended Complaint under Fed. R. Civ. P. 12 and 56.

Pursuant to the Court's February 6, 2008 Minute Order, the parties submitted a Joint Status Report on April 21, 2008, regarding the status of more than 300 pages of newly-identified CBP records. Pursuant to the Court's April 23, 2008 Minute Order, the parties submitted a second Joint Status Report on May 1, 2008, advising the Court of Dr. Barnard's review of Defendant's *Vaughn* Indices and his intent to challenge the redaction and withholding of certain records. The Court thereafter issued Minute Orders regarding a briefing schedule for the remainder of the case.

Dr. Barnard now seeks to file the attached Third Amended Complaint for Injunctive Relief. This amendment is necessary because the Second Amended Complaint was based upon Defendant's assertions at the time of filing regarding the searches performed, which of its sub-agencies had records and which did not, and what responsive records existed. Since that time Defendant has significantly revised these assertions, performed additional searches, and uncovered numerous additional responsive records. The parties agree that the Court's decision should be based upon the searches that were actually done and what they actually uncovered. Thus, this amendment supplements and corrects the record such that the parties have a background upon which to base their motions for summary judgment. The parties do not propose to change the briefing schedule; the parties seek only to clarify the record to facilitate the briefing process.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Unopposed Motion for Leave to File a Third Amended Complaint for Injunctive Relief.

    Respectfully submitted,

    /s/ Daniel Kinburn
    _____
    Daniel Kinburn
    PHYSICIANS COMMITTEE FOR

          RESPONSIBLE MEDICINE  
5100 Wisconsin Avenue, N.W., Suite 400  
Washington, D.C. 20016  
Attorney for Plaintiff  
(202) 686-2210 ext. 380  
(202) 686-2155 (fax)

Dated: May 29, 2008