# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  06-CV-1393 (CKK) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT FOR INJUNCTIVE RELIEF

Upon consideration of Plaintiff's Unopposed Motion for Leave to File a Third Amended Complaint for Injunctive Relief and the entire record herein, it is this _____ day of May 2008,

ORDERED that Plaintiff's Unopposed Motion for Leave to File a Third Amended Complaint for Injunctive Relief be and is hereby GRANTED.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge