UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
|    Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION TO AMEND THE COURT'S
MAY 19, 2008 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant U.S. Department of Homeland Security ("DHS") respectfully requests that the Court amend the May 19, 2008 Minute Order by extending all dates by 14 days. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. On May 19, 2008, the Court issued a Minute Order granting in part and in denying in part Defendant's previous motion to amend the briefing schedule. See May 19, 2008 Minute Order. In that same order, the Court admonished that "the Court is putting the parties on notice that the Court shall provide them with NO FURTHER EXTENSIONS." Id. (emphasis in original). Since the May 19 Order, Defendant has withdrawn Exemption 7(A) and has provided Plaintiff with a revised *Vaughn* Index and declaration. Defendant anticipates complying with the Court's May 19 Order by filing a motion for summary judgment on June 25, 2008. However, due to unanticipated, extraordinary

1

circumstances, Defendant believes that there is good cause for the Court to provide the parties another short 14 day extension of time.

Specifically, Immigration and Customs Enforcement ("ICE") – a component of DHS – recently found additional documents responsive to Plaintiff's Freedom of Information Act ("FOIA") request. Some of these additional documents were referred to Customs and Border Protection ("CBP'). CBP processed the documents and provided the redacted documents to Plaintiff the week of June 16, 2008. ICE is now in the process of determining whether the remaining additional documents could be released, either in whole or in part.

The additional time is also needed to allow Plaintiff an opportunity to consider whether to challenge any of these additional documents (or portions thereof) not released to Plaintiff. Defendant endeavors to confer with Plaintiff to narrow the disputed issues for litigation.

For these reasons, Defendant respectfully requests that the Court amend the May 19, 2008 Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Motions for Summary Judgement/Motion for Reconsideration | June 25, 2008 | July 8, 2008 |
| Oppositions | July 25, 2008 | August 8, 2008 |
| Replies | August 22, 2008 | August 29, 2008 |

Dated: June 17, 2008.                                  Respectfully Submitted,

                                                     /s/   Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Amend the May 19, 2008 Minute Order and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion to Amend the May 19, 2008 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the briefing schedule be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Motions for Summary Judgement/Motion for Reconsideration | July 8, 2008 |
| Oppositions | August 8, 2008 |
| Replies | August 29, 2008 |

SO ORDERED.

_____
U.S. DISTRICT JUDGE

Copy via ECF:
John C. Truong, Counsel for Defendant
Daniel Kinburn, Counsel for Plaintiff