U.S. Department of Homeland Security
Washington, DC 20229



U.S. Customs and
Border Protection

DIS-2 OT:RR:RDL:FAPL
H021882 CSO

Mr. Neal Barnard, M.D.
Physicians Committee for Responsible Medicine
5100 Wisconsin Ave., NW Suite 400
Washington, DC 20016

FEB - 5 2008

Re: Freedom of Information Act Request dated July 20, 2005

Dear Mr. Barnard:

This responds to your letter dated July 20, 2005, and received in this office January, 2008. As you know, your July 20, 2005 request letter was erroneously processed as a traveler complaint rather than a FOIA request. We apologize for this mistake and the long delay in responding to you.

You have requested access to records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and/or the Privacy Act, 5 U.S.C. § 552a, pertaining to yourself "that are in IBIS or any other system used by the Bureau of Customs and Border Protection." This response is made on behalf of U.S. Customs and Border Protection (CBP).

In our preliminary search of the Treasury Enforcement Communication System (TECS), we have located 68 documents, totaling 82 pages, which are responsive to your request. Additional searches are being conducted and if any more responsive documents are found as a result of those searches, we will provide them to you as soon as possible.

After reviewing the 82 pages, the following disposition is made:

(1) one (1) page is released in full;
(2) 80 pages are provided with certain information redacted pursuant to 5 U.S.C. § 552(b)(2), (b)(6), (B)(7)(A), (b)(7)(C) and (b)(7)(E) (the exemptions are set forth below), and
(3) one (1) page is withheld in full pursuant to 5 U.S.C. § 552(b)(2).

An explanation of the exemptions follows. Exemption (b)(2) of the FOIA, 5 U.S.C. § 552(b)(2), pertains to purely internal agency practices; exemption (b)(6) of the FOIA, 5 U.S.C. § 552(b)(6), pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties; exemption (b)(7)(A) of the FOIA, 5 U.S.C. § 552(7)(A), pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere

Exhibit A

Suzuki Decl. Exh. A

with enforcement proceedings; exemption (b)(7)(C) of the FOIA, 5 U.S.C. § 552(b)(7)(C), pertains to records compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties, in some instances by revealing the investigative interest in them; and, exemption (b)(7)(E) of the FOIA, 5 U.S.C. § 552(b)(7)(E), pertains to records compiled for law enforcement purposes, the release of which would disclose certain techniques or procedures for law enforcement investigations or prosecutions.

For your information, the withheld material consists of, but is not limited to, personally identifiable information of law enforcement personnel, techniques used by law enforcement personnel, computer codes and administrative markings.

Although I am aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you of your right to file an administrative appeal. If you are not satisfied with my action on your request, you may administratively appeal from this partial denial by writing to the FOIA Appeals Officer, Regulations and Rulings, Office of International Trade, U.S. Customs and Border Protection, 1300 Pennsylvania Ave., NW, Mint Annex, Washington, D.C. 20229, within sixty (60) days after the date of this determination letter. The appeal must be in writing and signed; contain your name and address; date of the initial request; date and control number of the letter denying your request; description of the records or information withheld; and reason(s) you believe that the records or information should be disclosed. Your appeal letter and mailing envelope should be marked "FOIA Appeal."

Sincerely,

Shari Suzuki, Branch Chief
FOIA Appeals, Policy, and Litigation Branch
Regulations and Rulings
Office of International Trade

Enclosure
(82 pages with redactions)

Suzuki Decl. Exh. A