

U.S. Department of Homeland Security
Washington, DC 20229

**U.S. Customs and
Border Protection**

DIS-2 OT:RR:RDL:FAPL
H021882

JUN 16 2008

Mr. Neal Barnard, M.D.
Physicians Committee for Responsible Medicine
5100 Wisconsin Ave., NW Suite 400
Washington, DC 20016

Dear Mr. Barnard:

This is in further reference to your July 20, 2005 Freedom of Information Act (FOIA) request. On February 5, 2008, we provided you with eighty-one (81) pages of redacted records, on April 1, 2008 we provided you with a one (1) page redacted record and on April 17, 2008, we provided you with 82 pages of redacted records and 11 pages released in full. Although we stated that our April 17, 2008 letter was our third and final response, we were notified by U.S. Immigration and Customs Enforcement (ICE) on June 6, 2008 that ICE had located an additional thirteen (13) pages of responsive records belonging to U.S. Customs and Border Protection.

We note that ten (10) of the pages are Treasury Enforcement Communication System (TECS) records which are almost identical to TECS records released previously. However, since the records are not exact duplicates of the ten (10) pages previously released, we processed the records.

After reviewing the 13 pages, we have decided to release all 13 pages with certain information redacted pursuant to Exemptions (b)(2), (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA. Exemption (b)(2) of the FOIA, 5 U.S.C. § 552(b)(2), pertains to purely internal agency practices; exemption (b)(6) of the FOIA, 5 U.S.C. § 552(b)(6), pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties; exemption (b)(7)(C) of the FOIA, 5 U.S.C. § 552(b)(7)(C), pertains to records compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and, exemption (b)(7)(E) of the FOIA, 5 U.S.C. § 552(b)(7)(E), pertains to records compiled for law enforcement purposes, the release of which would disclose certain techniques or procedures for law enforcement investigations or prosecutions. For your information, the withheld material consists of, but is not limited to, names, techniques used by law enforcement personnel, computer codes and administrative markings.

Suzuki Decl. Exh. D                                                      **Exhibit D**

Although I am aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you of your right to file an administrative appeal. If you are not satisfied with my action on your request, you may administratively appeal from this partial denial by writing to the FOIA Appeals Officer, Regulations and Rulings, Office of International Trade, U.S. Customs and Border Protection, 1300 Pennsylvania Ave., NW, Mint Annex, Washington, D.C. 20229, within sixty (60) days after the date of this determination letter. The appeal must be in writing and signed; contain your name and address; date of the initial request; date and control number of the letter denying your request; description of the records or information withheld; and reason(s) you believe that the records or information should be disclosed. Your appeal letter and mailing envelope should be marked "FOIA Appeal."

Sincerely,

Shari Suzuki, Branch Chief
FOIA Appeals, Policy, and Litigation Branch

Enclosure
(13 pages with redactions)

2

Suzuki Decl. Exh. D