UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR LEAVE TO SUBMIT**
***IN CAMERA* DECLARATION**

Defendant respectfully moves for an order granting leave to submit the Declaration of Robert Jacksta for *in camera* review in support of Defendant's Motion for Summary Judgment.

In support of this motion, Defendant refers the Court to the accompanying memorandum of points and authorities. A proposed Order is also submitted herewith.

Defendant contacted Plaintiff's counsel who will oppose this motion.

Dated: June 27, 2008					Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NEAL D. BARNARD, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-1393 (CKK) |
| | ) | ECF |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S MOTION FOR LEAVE TO SUBMIT**
**<u>IN CAMERA DECLARATION OF ROBERT JACKSTA</u>**

**INTRODUCTION**

In this Freedom of Information Act case, Plaintiff seeks documents pertaining to himself. On June 25, 2008, Defendant filed a Motion for Summary Judgment defending its use of FOIA exemptions (b)(2), (b)(4), (b)(6), (b)(7)(A), (b)(7)(C) and (b)(7)(E) to withhold the records (either in part or in full) because they contain information about on-going criminal investigations, information compiled for law enforcement purposes, information about law enforcement techniques, commercial and business information, and private or other identifying information of federal employees and third parties.

**ARGUMENT**

In support of that Motion, Defendant also submitted the Declarations of Reba McGinnis and Shari Suzuki and two *Vaughn* Indices. Although Defendant believes that two declarations plus its *Vaughn* Indices are sufficient as a matter of law to enable the Court to rule on the motion for summary judgment, Defendant believes that the Declaration of Robert Jacksta will provide the Court with a more detailed description of the bases of these FOIA exemptions and it would

better serve the interest of justice in this case. Because the contents of some of the documents are withheld in their entirety and no further description can be placed on the public record without disclosing precisely the information that the application of the exemptions is intended to protect, it is necessary to seek in camera review. See Gov. Exh. A (Declaration of Robert Jacksta) (explaining the need to submit the declaration for *in camera* review). Therefore, to augment the McGinnis and Suzuki Declarations and the two *Vaughn* Indices filed with the Court and to assist the Court's resolution of the motion for summary judgment, this motion is filed.

      Under such circumstances, courts have been willing to permit the submission of information in camera. See, e.g., Alexander v. FBI, 192 F.R.D. 37, 40 (D.D.C. 2000) (utilizing an in camera hearing with the government regarding the applicability of the law enforcement privilege to documents); United States v. Hsia, 81 F. Supp.2d 7, 9 (D.D.C. 2000) (there is ample authority for conducting these proceedings partially behind closed doors in the circumstances presented) (citing Halkin v. Helms, 598 F.2d 1, 5 (D.C. Cir. 1978) ("It is settled that *in camera* proceedings are an appropriate means to resolve disputed issues of privilege."); United States v. Smith, 123 F.3d 140, 151 (3rd Cir. 1997); and United States v. Neill, 952 F. Supp. 834 (D.D.C. 1997)); see also Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991) (recognizing that extraordinary situations will allow the submission of information to the court not on the public record); Strang v. United States Arms Control And Disarmament Agency, 864 F.2d 859, 867 (D.C. Cir. 1989) (if the government's supporting evidence contains extremely sensitive information, the district court could take up its offer to present a detailed, classified declaration for *in camera* review); but see Strang v. United States Arms Control And Disarmament Agency, 920 F.2d 30, 31 (D.C. Cir. 1990) (in assessing decisive evidence in the context of summary judgment, the courts should allow access to information to the fullest extent possible, without jeopardizing legitimately raised national security interests); Local Civil Rule

5.1(j).

In summary, the McGinnis and Suzuki Declarations (along with the *Vaughn* Indices) describe as much detail as possible on the public record without undermining the exemptions claimed. To describe or disclose details or descriptions beyond what has been submitted in the two Declarations and *Vaughn* Indices would necessarily disclose precisely that information which is exempt from disclosure. Under these circumstances, Defendant seeks to file *in camera* the Declaration of Robert Jacksta to provide the Court with greater detail for the bases for its various FOIA exemptions.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendant's Motion for Leave to File the Declaration of Robert Jacksta for *in camera* review.

Dated: June 27, 2008                    Respectfully Submitted,

    /s/  Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>Defendant. )<br>_____) | Civ. No.: 06-1393 (CKK)<br>ECF |

## ORDER

Upon consideration of Defendant's Motion for Leave to File the Declaration of Robert Jacksta *In Camera*, Plaintiff's Opposition thereto, and the entire record herein, it is this _____, 2008,

ORDERED that Defendant's Motion for Leave to File the Declaration of Robert Jacksta *In Camera* be and is hereby GRANTED; and it it

FURTHER ORDERED that Defendant shall submit for in camera review a copy of the Declaration of Robert Jacksta within three business days of this Order.

SO ORDERED.

_____

U.S. District Judge