# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                   )

NEAL D. BARNARD,             )

                                 )

      Plaintiff,               )

                                 )

           v.              )        Civil Action No. 06-CV-1393 (CKK)

                                 )

                                 )

DEPARTMENT OF           )

HOMELAND SECURITY,     )

                                 )

      Defendant.          )
_____)

## DEFENDANT'S MOTION FOR LEAVE TO SUBMIT
## *IN CAMERA* DECLARATION

      Defendant Department of Homeland Security ("DHS") respectfully seeks leave of Court to file a declaration from a third-party agency *in camera*.  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff opposes this Motion.

      In this Freedom of Information Act ("FOIA") case, Plaintiff seeks documents pertaining to himself from U.S. Immigration and Customs Enforcement ("ICE") and U.S. Customs and Border Protection ("CBP") – the two components of DHS.  On June 25, 2008, Defendant filed a motion for summary judgment, along with the Declarations of Reba A. McGinnis and Shari Suzuki, and two *Vaughn* Indices in support thereof.  See Dkt. No. 39.  On June 27, 2008, Defendant filed a motion for leave to file the Declaration of Robert Jacksta *in camera*.  See Dkt. No. 41.

      Although the McGinnis and Suzuki Declarations have described in sufficient detail the factual bases for the Court to determine whether Defendant has properly invoked certain FOIA

exemptions to withhold documents from Plaintiff, Defendant wishes to supplement these declarations by submitting another declaration *in camera* from a third-party agency. This *in camera* declaration will provide the Court with additional factual context to further support the FOIA exemptions claimed by ICE and CBP. Neither Plaintiff nor the public has knowledge about these facts.

In cases such as this, where an agency cannot, "for good reason . . . furnish publicly the kind of detail required" in order to explain the sensitivity of the information at issue and support its non-disclosure under FOIA, see Maynard v. CIA, 986 F.2d 547, 557 (1st Cir. 1993), it is typical for agencies to submit additional explanations for the Court's *in camera, ex parte* review, see, Phillippi v. CIA, 546 F.2d 1009, 1013 (D.C. Cir. 1976).[1]

---

[1]    To further support the instant Motion, Defendant incorporates by reference the factual and legal bases set forth in its Motion for Leave to Submit Declaration *In Camera,* filed on June 27, 2008 (Dkt. No. 41).

2

**CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that the Court enter an order permitting Defendant to submit a declaration from a third-party agency *in camera*.

Dated: July 2, 2008                    Respectfully Submitted,


   /s/  Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/  John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NEAL D. BARNARD, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-1393 (CKK) |
| | ) | ECF |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Leave to File the Declaration *In Camera*, Plaintiff's Opposition thereto, and the entire record herein, it is this _____, 2008,

ORDERED that Defendant's Motion for Leave to File the Declaration *In Camera* be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall submit the declaration for *in camera* review within three business days of this Order.

SO ORDERED.

_____
U.S. District Judge