UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> ) <br> Defendant. ) | Case No.: 06-CV-1393 (CKK) |

**ORDER**

Upon consideration of Plaintiff's motion for reconsideration and second motion for summary judgment, Defendant's second motion for summary judgment, and the entire record in this case, it is this ___ day of _____ 2008,

ORDERED that Plaintiff's motion for reconsideration is granted; and it is further

ORDERED that Plaintiff's second motion for summary judgment is granted; and it is further

ORDERED that Defendant's second motion for summary judgment is denied; and it is further

ORDERED that Defendant shall provide Plaintiff with all records responsive to Plaintiff's requests for records within ten days.

IT IS SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

Dated: _____