# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEAL D. BARNARD, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1393 (CKK) |
| ) | ECF |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

      Pursuant to Local Rules 7(h) and 56.1 and Fed. R. Civ. P. 56, Defendant refers the Court to its own Statement of Material Facts Not In Genuine Dispute submitted with Defendant's Motion for Summary Judgment. See Dkt. No. 39-1.

      Furthermore, Defendant hereby responds to Plaintiff's Statement of Material Facts As To Which There Is No Genuine Dispute ("SOF"):

1.     Not disputed.

2.     Not disputed.

3.     Not Disputed.

4-6.   There are no paras. 4-6

7.     Not Disputed.

8.     This SOF characterizes Defendant's Motion for Summary Judgment, which speaks for itself. See Dtk. No. 39.

9.     There is no para. 9.

10. This SOF characterizes Defendant's January 23, 2008 notice to the Court, which speaks for itself. Dkt. No. 25.

11. This SOF characterizes Defendant's February 4, 2008 Motion to Stay proceedings, which speaks for itself. Dkt. No. 29.

12. This SOF is not material as it does not affect the outcome of the case. See Nails v. England, 311 F. Supp.2d 116, 121 (D.D.C. 2004) (noting that a statement is not a material fact in that it does not "affect the outcome of the case under governing law.").

13. This SOF characterizes the Second Gloria Marshall Declaration , which speaks for itself. See Dkt. No. 29-3.

14. This SOF characterizes Defendant's Motion to Stay, which speaks for itself. Dkt. No. 29.

15. Not disputed.

16. Not disputed.

17. Not disputed.

18. It is not disputed that U.S. Customs and Border Patrol withdrew the invocation of Exemption 7(A), but not for over 300 pages of records. See Defendant's May 19, 2008 Motion. Dkt. No. 35.

19. Not disputed.

20. Not disputed.

20 (second).    Not disputed.

Dated July 25, 2008                Respectfully submitted,

    /s/    Jeffery A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


    /s/    John C. Truong
JOHN C. TRUONG, D.C. BAR # 465901
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0406

Attorneys for the Defendant