Pennsylvania Avenue, NW., Washington, DC 20229.

**RECORD SOURCE CATEGORIES:**

Information for this file is obtained from supervisors, managers, instructors, educational institutions, and/or training facilities such as the Office of Personnel Management, Department of the Treasury, etc.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**

None.

### Treasury/CS .244



**SYSTEM NAME:**

Treasury Enforcement Communications System (TECS)—Treasury/Customs.

**SYSTEM LOCATION:**

Office of Investigations, U.S. Customs Service, 1300 Pennsylvania Avenue, NW., Washington, DC 20229.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

(1) Violators or suspected violators of U.S. Customs or related laws (some of whom have been apprehended by Customs officers); (2) Individuals who are suspected of, or who have been arrested for, thefts from international commerce; (3) Convicted violators of U.S. Customs and/or drug laws in the United States and foreign countries; (4) Fugitives with outstanding warrants—Federal or state; (5) Victims of U.S. Customs law violations; (6) Owners, operators and/or passengers of vehicles, vessels or aircraft traveling across U.S. borders; (7) Individuals participating in financial transactions reported under the Bank Secrecy Act.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

Every possible type of information from a variety of Federal, state and local sources, which contributes to effective law enforcement may be maintained in this system of records. Records include but are not limited to records pertaining to known violators, wanted persons, lookouts (temporary and permanent), reference information, regulatory and compliance data. Information about individuals includes but is not limited to name, alias, date of birth, address, physical description, various identification numbers (i.e., seizure number), details and circumstances of a search, arrest, or seizure, case information such as merchandise and values, methods of theft, etc.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

5 U.S.C. 301; Treasury Department Order No. 165, revised, as amended.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

These records and information in the records may be used to: (1) Disclose pertinent information to appropriate Federal, State, local or foreign agencies responsible for investigating or prosecuting the violations of, or for enforcing or implementing, a statute, rule, regulation, order, or license, where the disclosing agency becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation; (2) disclose information to a Federal, State, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, license, contract, grant, or other benefit; (3) disclose information to a court, magistrate, or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings; (4) provide information to the news media in accordance with guidelines contained in 28 CFR 50.2 which relate to an agency's functions relating to civil and criminal proceedings; (5) provide information to third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation; (6) provide passenger archive information and other TECS data relevant to the National Center for Missing and Exploited Children (NCMEC) investigation through Department of the Treasury law enforcement officers to personnel of the NCMEC to assist in investigations of missing or exploited children.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**

Magnetic disc and tape, laser optical disks, microfiche, and hard copy.

**RETRIEVABILITY:**

By name; unique identifiers, address, or in association with an enforcement report or other system document.

**SAFEGUARDS:**

(1) All officers making inquiries have had a full field background investigation and are given information on a "need-to-know" basis only. (2) Procedural and physical safeguards are utilized such as accountability and receipt records, guards patrolling the area, restricted access and alarm protection systems, special communications security, etc.

**RETENTION AND DISPOSAL:**

Review is accomplished by Customs officers each time a record is retrieved and on periodic basis to see if it should be retained or modified. Since both temporary and permanent records are maintained, period of retention will vary with type of record entered. The records are disposed of by erasure of magnetic tape or disc, and by shredding and/or burning of hard copy documents.

**SYSTEM MANAGER(S) AND ADDRESS:**

Assistant Commissioner, Office of Investigations, U.S. Customs Service, 1300 Pennsylvania Avenue, NW, Washington, DC 20229.

**NOTIFICATION PROCEDURE:**

This system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual. (See 5 U.S.C. 552a (e)(4)(G) and (f)(1).)

**RECORD ACCESS PROCEDURES:**

This system of records may not be accessed under the Privacy Act for the purpose of inspection.

**CONTESTING RECORD PROCEDURES:**

Since this system of records may not be accessed for purposes of determining if the system contains a record pertaining to a particular individual and those records, if any, cannot be inspected, the system may not be accessed under the Privacy Act for the purpose of contesting the content of the record.

**RECORD SOURCE CATEGORIES:**

This system contains investigatory material compiled for law enforcement purposes whose sources need not be reported.

**EXEMPTIONS CLAIMED FOR THE SYSTEM:**

This system is exempt from 5 U.S.C. 552a (c)(3), (c)(4), (d)(1), (d)(2), (d)(3), (d)(4), (e)(1), (e)(2), (e)(3), (e)(4)(G), (H) and (I), (5) and (8), (f) and (g) of the Privacy Act pursuant to 5 U.S.C. 552a (j)(2) and (k)(2). (See 31 CFR 1.36.)

### Treasury/CS .249

**SYSTEM NAME:**

Uniform Allowances—Unit Record—Treasury/Customs.

**SYSTEM LOCATION:**

Financial Management Office, 99 SE First Street, Miami, FL 33131; Management Services Branch, Administration Division, Port Director,


GOVERNMENT EXHIBIT 4