

Office of Investigations
U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

DIS 2-01 OI:MS:ID
06-FOIA-22113 AAA
X04-FOIA-15780 AAA

AUG 5 2006

Mr. Daniel Kinburn
5100 Wisconsin Avenue, N.W.
Washington, DC 20016

Dear Mr. Kinburn:

This is in further response to your request dated March 21, 2006 and Mr. Barnard's requests dated August 8, 2003 and July 20, 2005, wherein you and Mr. Barnard, requested pursuant to the Freedom of Information Act (FOIA), access to records pertaining to Mr. Neal D. Barnard, himself.

With respect to your FOIA submission, please be advised that we have no records responsive to your request.

First let us apologize for any inconvenience or unpleasantness you may have experienced. On behalf of the Department of Homeland Security (DHS), let me assure you that it is not our intent to subject the traveling public to unwarranted scrutiny. The traveling public is entitled to, and is accorded, the utmost courtesy and facilitation we can offer within the limits of our enforcement responsibilities. Regrettably, our efforts cannot always be as you might hope.

Please understand that in order to detect those international travelers involved in illicit activities we must, at times, unfortunately, inconvenience law abiding travelers. We are especially aware of how those selected for inspection may perceive the inspection process as upsetting, uncomfortable, inconvenient, and stressful. That is why on a nation-wide basis we emphasize to our officers the need to perform their duties with the highest level of courtesy and professionalism.

While no one can guarantee complete freedom from intensive inspections, whether they are random or specific, we can strive for a better understanding of our mutual needs. DHS must rely upon the professional judgment of individual inspection officers to determine the extent of examination necessary and to do their best to differentiate between travelers who are of interest to DHS, and those who are not.



GOVERNMENT EXHIBIT 6

Mr. Daniel Kinburn
Page 2

If you are dissatisfied with our response, you may challenge the adequacy of our search. Therefore, you may appeal this determination, in writing, within 35 days after the date of this notification to the Privacy Office, Attn: FOIA Appeals, Department of Homeland Security, 245 Murray Lane, SW, Building 410, Washington, D.C. 20528.

Also, enclosed is an information sheet pertaining to exemptions from disclosure under the FOIA, and your right to administrative appeal and judicial review.

Sincerely,

Gloria L. Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations

Enclosure