*Office of Investigations*

U.S. Department of Homeland Security
1800 F Street, NW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

DIS 2-01 OI:MS:ID
06-LITI-26180 MHF
X06-FOIA-22113 AAA
X04-FOIA-15780 AAA

NOV 16 2006

Mr. Daniel Kinburn
Physicians Committee for Responsible Medicine
5100 Wisconsin Avenue, N.W., Suite 400
Washington D.C. 20016

Dear Mr. Kinburn:

This is a supplemental response to your Freedom of Information Act (FOIA) request dated March 21, 2006, and Dr. Neal D. Barnard's requests dated August 8, 2003 and July 20, 2005, requesting access to records pertaining to Dr. Barnard.

This office has now had an opportunity to closely re-examine the specifics of your FOIA requests, and conduct further inquires as to the existence of responsive records in light of our August 5, 2006 response to you (case #: 04-FOIA-15780). We have determined that any records responsive to your request are exempt from disclosure, in their entirety, pursuant to exemptions (b)(2), (b)(7)(A), (b)(7)(C), (b)(7)(E) of the FOIA.

Although we are aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, we are required by statute and regulation to inform you of your right to file an administrative appeal. You may appeal this decision, in writing, within 35 days after the date of this notification to the Privacy Office, Attn: FOIA Appeals, Department of Homeland Security, 245 Murray Lane, SW, Building 410, Washington, DC 20528. Please include with your letter of appeal a copy of this response letter. Please reference case number 06-LITI-26180.



GOVERNMENT EXHIBIT 7

Mr. Daniel Kinburn
Page 2

Enclosed is an information sheet pertaining to exemptions from disclosure under the FOIA, your right to administrative appeal and judicial review.

Sincerely,

Gloria Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations

Enclosure