**43650** Federal Register / Vol. 72, No. 150 / Monday, August 6, 2007 / Notices

found to improve expression of unstable mRNA by about 500-fold. Similarly this combination of elements led to synergistically elevated levels of HIV-1 Env expression. The function of CTEs and RTEs is conserved in mammalian cells, so this technology is a simple and useful way of obtaining high levels of expression of otherwise poorly expressed genes and can be used in a number of applications such as but not limited to improvements of gene therapy vectors, expression vectors for mammalian cells.

*Applications:* Gene therapy; DNA vaccines; Protein expression.

*Development Status:* In vitro data available.

*Inventor:* Barbara Felber et al. (NCI).

*Patent Status:* U.S. Utility Application No. 10/557,129, filed 16 Nov 2005, from PCT Application No. PCT/US04/15776 filed 19 May 2004, which published as WO2004/113547 on 29 Dec 2004 (HHS Reference No. E-223-2003/1-US-03).

*Licensing Status:* Available for licensing.

*Licensing Contact:* Susan Ano, PhD; 301/435-5515; anos@mail.nih.gov.

*Collaborative Research Opportunity:* The National Cancer Institute Vaccine Branch is seeking statements of capability or interest from parties interested in collaborative research to further develop, evaluate, or commercialize this technology. Please contact John D. Hewes, PhD at 301-435-3121 or hewesj@mail.nih.gov for more information.

Dated: July 31, 2007.

**Steven M. Ferguson,**
*Director, Division of Technology Development and Transfer, Office of Technology Transfer, National Institutes of Health.*

[FR Doc. E7-15208 Filed 8-3-07; 8:45 am]
**BILLING CODE 4140-01-P**

---

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Substance Abuse and Mental Health Services Administration**

**Center for Substance Abuse Treatment; Notice of Meeting**

Pursuant to Public Law 92-463, notice is hereby given that the Substance Abuse and Mental Health Services Administration (SAMHSA) Center for Substance Abuse Treatment (CSAT) National Advisory Council will meet on August 23, 2007 from 1 p.m. to 3 p.m. via teleconference.

The meeting will include review, discussion, and evaluation of grant applications. Therefore, the meeting will be closed to the public as determined by the Administrator, SAMHSA, in accordance with Title 5 U.S.C. 552b(c)(6) and 5 U.S.C. App. 2, Section 10(d).

Substantive program information, a summary of the meeting and a roster of Council members may be obtained as soon as possible after the meeting, either by accessing the SAMHSA Committee Web site at www.nac.samhsa.gov, or by contacting the CSAT National Advisory Council Executive Secretary, Ms. Cynthia Graham (see contact information below).

*Committee Name:* SAMHSA Center for Substance Abuse Treatment National; Advisory Council.

*Date/Time/Type:* August 23, 2007, from 1 p.m. to 3 p.m.; Closed.

*Place:* SAMHSA Building, 1 Choke Cherry Road, VTC Room, L-1057, Rockville, Maryland 20857.

*Contact:* Cynthia Graham, M.S., Executive Secretary, SAMHSA CSAT National Advisory Council, 1 Choke Cherry Road, Room 5-1035, Rockville, Maryland 20857, Telephone: (240) 276-1692, Fax: (240) 276-16890, E-mail: cynthia.graham@samhsa.hhs.gov.

Dated: July 31, 2007.

**Toian Vaughn,**
*Committee Management Officer, Substance Abuse and Mental Health, Services Administration.*

[FR Doc. E7-15217 Filed 8-3-07; 8:45 am]
**BILLING CODE 4162-20-P**

---

**DEPARTMENT OF HOMELAND SECURITY**

**Office of the Secretary**

**[DHS-2007-0042]**

**Privacy Act of 1974; U.S. Customs and Border Protection, Automated Targeting System, System of Records**

**AGENCY:** Privacy Office; Department of Homeland Security.

**ACTION:** Notice of Privacy Act System of Records.

**SUMMARY:** This document is a new System of Records Notice (SORN) for the Automated Targeting System (ATS) and is subject to the Privacy Act of 1974, as amended. ATS is an enforcement screening tool consisting of six separate components, all of which rely substantially on information in the Treasury Enforcement Communications System (TECS). ATS historically was covered by the SORN for TECS. The Department of Homeland Security, U.S. Customs and Border Protection (CBP) published a separate SORN for ATS in the Federal Register on November 2, 2006. This SORN did not describe any new collection of information and was intended solely to provide increased notice and transparency to the public about ATS. Based on comments received in response to the November 2, 2006 notice, CBP issues this revised SORN, which responds to those comments, makes certain amendments with regard to the retention period and access provisions of the prior notice, and provides further notice and transparency to the public about the functionality of ATS.

TECS is an overarching law enforcement information collection, risk assessment, and information sharing environment. It is also a repository for law enforcement and investigative information. TECS is comprised of several modules that collect, maintain, and evaluate screening data, conduct targeting, and make information available to appropriate officers of the U.S. government. ATS is one of those modules. It is a decision support tool that compares traveler, cargo, and conveyance information against intelligence and other enforcement data by incorporating risk-based targeting scenarios and assessments. As such, ATS allows DHS officers charged with enforcing U.S. law and preventing terrorism and other crimes to effectively and efficiently manage information collected when travelers or goods seek to enter, exit, or transit through the United States.

Within ATS there are six separate and distinct components that perform screening of inbound and outbound cargo, conveyances, or travelers. These modules compare information received against CBP's law enforcement databases, the Federal Bureau of Investigation Terrorist Screening Center's Terrorist Screening Database (TSDB), information on outstanding wants or warrants, information from other government agencies regarding high-risk parties, and risk-based rules developed by analysts using law enforcement data, intelligence, and past case experience. The modules also facilitate analysis of the screening results of these comparisons. In the case of cargo and conveyances, this screening results in a risk assessment score. In the case of travelers, however, it does not result in a risk assessment score.

**DATES:** The new system of records will be effective September 5, 2007.

**FOR FURTHER INFORMATION CONTACT:** For general questions please contact: Laurence E. Castelli (202-572-8790), Chief, Privacy Act Policy and Procedures Branch, U.S. Customs and Border Protection, Office of


GOVERNMENT EXHIBIT 10